

## Case Assignment
## Standard Criminal Assignment

Case number **3:15CR-141-DJH**

Assigned : Judge David J. Hale
Judge Code : 4415

Designated Magistrate Judge : Magistrate Judge Dave Whalin
Magistrate Judge Code : 44AP

Assigned on 12/16/2015 12:20:04 PM
Transaction ID: 1685

Request New Judge        Return