

FILED
VANESSA L. ARMSTRONG, CLERK

DEC 16 2015

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA  PLAINTIFF

vs.  3:15CR-141-DJH

MATTHEW CORDER  DEFENDANT

## NOTICE OF ENTRY OF APPEARANCE

Assistant United States Attorney Amanda E. Gregory hereby enters her appearance of record on behalf of the United States of America.

Respectfully submitted,

JOHN E. KUHN, JR.
United States Attorney

Amanda E. Gregory
Assistant United States Attorney
717 West Broadway
Louisville, Kentucky 40202
Phone: (502)582-5016
FAX: (502) 582-5067
Email: Amanda.Gregory@usdoj.gov