UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

FILED
VANESSA L. ARMSTRONG, CLERK

DEC 16 2015

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES OF AMERICA

vs.

3:15 CR-141-DJH

MATTHEW CORDER                                      DEFENDANT

NOTICE OF ENTRY OF APPEARANCE

United States Department of Justice Trial Attorney Christopher Perras hereby enters his appearance of record on behalf of the United States of America.

Respectfully submitted,

JOHN E. KUHN, JR.
United States Attorney

_____
Christopher Perras
Trial Attorney
Department of Justice
Civil Rights Division
601 D. Street, NW
Washington DC  20004
Phone: (202) 353-5939
Email: Christopher.Perras@usdoj.gov