**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | **Criminal Case No. 3:15-CR-141-DJH** |
| ) | Electronically Filed |
| **MATTHEW B. CORDER** ) | |

## UNOPPOSED MOTION FOR PROTECTIVE ORDER

The United States moves that Court for entry of a Protective Order for certain information. The purpose of this Motion is to facilitate the expeditious exchange of discovery between the parties and to adequately protect confidential personal information. The United States has consulted with defense counsel and defense counsel is unopposed to this Motion.

Defendant Matthew B. Corder is charged in a two-count indictment. Discoverable documents and records contain personally identifiable information of various persons.

Fed. R. Crim. P. 16(d)(1) authorizes the court to regulate discovery. In part, the Rule reads, "[a]t any time the court may, for good cause, deny, restrict, or defer discovery or inspection, or grant other appropriate relief." This Motion does not request that this Court deny or defer discovery. Rather, this Motion requests that the use and dissemination of certain documents, records, and information be restricted. This Motion does not address such information that may be referenced in the Court records because Fed. R. Crim. 49.1 addresses the protections for court filings.

There are voluminous documents and records with personally identifiable information that will be provided in initial discovery. These documents would require significant time to redact before they could be made available to defense counsel. Instead, the United States requests a Protective Order restricting the use and dissemination of such information within

defined defense and prosecution groups, and court personnel, and only for the purpose of this case.

Respectfully submitted,

JOHN E. KUHN, JR.
UNITED STATES ATTORNEY


*s/ Amanda E. Gregory*
Amanda E. Gregory
Assistant United States Attorney
717 West Broadway
Louisville, Kentucky 40202
(502) 582-5016 (Tel.)
(502) 582-5067 (Fax)

## **CERTIFICATE OF SERVICE**

     I hereby certify that on December 30, 2015, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the counsel to the defendant.

*s/ Amanda E. Gregory*
Amanda E. Gregory
Assistant U.S. Attorney