UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,     Plaintiff,

v.     Criminal Action No. 3:15-cr-141-DJH

MATTHEW B. CORDER,     Defendant.

\* \* \* \* \*

### ORDER

The United States has requested a protective order. (Docket No. 10) As well, the United States has represented to the Court that its motion is unopposed. (*Id.*) It explained that a protective order is necessary because discovery will include "voluminous documents and records with personally identifiable information." (*Id.*, PageID # 29) Accordingly, and the Court being otherwise sufficiently advised, it is

**ORDERED** that with regard to all documents, records and information exchanged between the parties for purposes of discovery in this case, that contain confidential personal information, which includes financial account numbers, social security or taxpayer identification numbers, date of birth, health and medical information of persons or entities, and home addresses, the respective parties shall:

1. Keep all documents and records that disclose such information in a secure place to which no person who does not have reason to know their contents has access; and

2. Disclose such documents, records, or information only to persons identified below who, by reason of their participation in this proceeding, have reason to know such information:

a. All employees of the Government connected with the case, including employees of the Department of Justice, and law enforcement agency involved in the case, and any person hired by the Government to provide assistance in the proceeding;

b. Employees of the court; and,

c. The defendants and employees of the defendants, including the attorneys for the defendants and persons hired by the defendants or their attorneys.

Nothing in this Order shall prohibit attorneys for the defendants from sending documents and records that disclose such information to the defendant and other authorized persons, provided attorneys for the defendants make the defendants and other authorized persons aware of their obligations pursuant to this Order to keep the documents and records in a secure place to which no person who does not have reason to know their contents has access.

January 4, 2016

**David J. Hale, Judge**
**United States District Court**

CC: Counsel of record