**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**
**(Electronically Filed)**

NO. 3:15CR-141-DJH
UNITED STATES OF AMERICA,                                              PLAINTIFF,

vs.

MATTHEW B. CORDER,                                                     DEFENDANT.

**UNOPPOSED MOTION TO SET TELEPHONIC FURTHER PROCEEDING**
**AND RESCHEDULE TRIAL DATE**

Comes the defendant, by counsel, and moves this Honorable Court to reschedule the trial of the above-styled action currently set for February 23, 2016.

As grounds for said motion, counsel states that he is scheduled to be on vacation, out of state, on the date initially scheduled by the Court for trial. Additionally, this case seems more likely than most to actually result in trial. More time is required to prepare the case for trial and to deal with other preliminary issues and possible negotiations.

Counsel is advised that a prosecutor from the U.S. Department of Justice in Washington D.C. will be involved in this case along with the assistant United States attorney from this district. Given the various schedules involved, both the United States and the defense agree that it would be appropriate to schedule the new trial date at a telephonic proceeding at which all parties are participating.

OFFICE OF THE
FEDERAL DEFENDER
629 4TH STREET
200 THEATRE BUILDING.
LOUISVILLE, KY 40202

TEL (502) 584-0525
FAX (502) 584-2808

Counsel is authorized to state that the United States is unopposed to this motion.

/s Donald J. Meier
Assistant Federal Defender
629 S. Fourth Street
200 Theatre Building
Louisville, Kentucky 40202
(502) 584-0525
Counsel for Defendant

**CERTIFICATE**

I certify that a true and correct copy of the foregoing was served upon Hon. Amanda Gregory, and Hon Christopher J. Perras Assistant United States Attorneys, by electronically filing this motion on the 12th day January, 2016.

/s Donald J. Meier

Office of the
Federal Defender
629 4th Street
200 Theatre Building.
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808