UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,                                                                      Plaintiff,

v.                                                                           Criminal Action No. 3:15-cr-141-DJH

MATTHEW B CORDER,                                                                             Defendant.

\* \* \* \* \*

## ORDER

Defendant Corder has asked to push back the February 23, 2016 trial date in this matter and to hold a telephonic conference.  (Docket No. 13)  The United States does not oppose rescheduling the trial.  (*Id*.)  Accordingly, and the Court being otherwise sufficiently advised, it is hereby **ORDERED** that this matter is set for telephonic conference on **January 19, 2016 at 2:30 p.m.** to discuss rescheduling the trial date.  The Court will initiate the call.  The parties shall contact the Court's Case Manager, Natalie Thompson, NThompson@kywd.uscourts.gov, by January 15, 2016, to inform her as to who will participate and what number they can be reached at.  Participation by cellular phone will not be permitted.

January 13, 2016

**David J. Hale, Judge
United States District Court**