UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,                                                                 Plaintiff,

v.                                                                     Criminal Action No. 3:15-cr--DJH

MATTHEW B. CORDER,                                                                        Defendant.

\* \* \* \* \*

## MEMORANDUM OF CONFERENCE AND ORDER

The Court conducted a status conference on this matter on March 22, 2016, with the following counsel participating:

> For Plaintiff:   Amanda Gregory
> Christopher J. Perras
>
> For Defendant:   Don Meier

The Court and counsel discussed the motion each party intends to file, the adoption of briefing schedules for those motions, and the need to conduct a hearing on both motions before trial. Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that:

1. A hearing is **SET** for **June 7, 2016, at 10 a.m.** at the Gene Snyder U.S. Courthouse in Louisville, Kentucky. The Court will hear argument and, if necessary, consider testimony on both of the anticipated motions.

2. The initial brief from each side shall be **DUE** on **May 2, 2016**.

3. Response briefs shall be **DUE** on **May 17, 2016**.

4. Reply briefs shall be **DUE** on **May 31, 2016**.

5. Consistent with the agreed schedule outlined above, the *Daubert* motion deadline currently set for June 13, 2016, (D.N. 15) shall be **RESCHEDULED** for **May 2, 2016**.

6. The parties shall **SUBMIT** to the Court the proposed stipulated jury questionnaire discussed during the hearing no later than **April 5, 2016**.

March 22, 2016

                                      **David J. Hale, Judge**
                                **United States District Court**

Court Time: 00/30
Court Reporter: Alan Wernecke