# EXHIBIT

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY

## SUPPLEMENTARY JUROR QUESTIONNAIRE

In order to speed up the process of jury selection, a juror questionnaire has been prepared for you to complete. These questions should be answered by you and returned to the Clerk of the United States District Court for the Western District of Kentucky in the enclosed envelope. A response is required by _____. Your answers will have the effect of a statement made under oath.

The questionnaire is designed to obtain information about your background as it relates to your possible service as a juror in this case. Its use will avoid the necessity of asking each prospective juror every one of these questions in open court, thereby substantially shortening the jury selection process.

All information contained in this questionnaire will be kept confidential. It will be reviewed only by the Court and by the attorneys on each side. YOU must also keep the information in this questionnaire confidential. You may not discuss the questions, or your answers, with anybody.

Respond to each question as fully and completely as possible. Your complete candor and honesty is necessary so that both the prosecution and the defense will have a meaningful opportunity to select an appropriate jury. Your cooperation is of vital importance.

Because the questionnaire is part of the jury selection process, the questionnaires are to be answered under your oath as a prospective juror to tell the truth. You are instructed not to discuss this case or the questionnaire with anyone, including your family, friends, co-workers and fellow jurors. You must complete the questionnaire yourself without consulting, talking to, or seeking assistance from anyone.

If you require additional space for your response or wish to make further comments regarding any of your answers, please use the additional blank pages attached to the back of your questionnaire. Please identify by number the question you are responding to on the blank page.

Please keep in mind that there are no "right" or "wrong" answers. Your answers will assist the Court and the parties in selecting an appropriate jury.

Please fill out the entire questionnaire. Do not leave any questions blank. If you are unable to answer a question or do not understand the question, please answer "do not know" or "do not understand" in the space after the question.

**PLEASE WRITE OR PRINT LEGIBLY. IF YOUR ANSWERS ARE ILLEGIBLE, YOU WILL BE REQUIRED TO RE-COPY YOUR ANSWERS.**

**Thank you for your full cooperation.  It is of vital importance to the Court that you return your completed questionnaire by _____.**

1. Have you or has a relative or close friend ever worked for a law enforcement agency, such as:

    Louisville Metro Police Department (LMPD)
    Audubon Park Police Department (APPD)
    Bullitt County Sheriff's Office (BCSO)
    Kentucky State Police (KSP)
    Federal Bureau of Investigation (FBI)
    Another federal or state law enforcement agency
    Another police or sheriff's department
    United States Attorney's Office
    Any state or local prosecutor's office

    \_\_\_\_\_ Yes    \_\_\_\_\_ No

    If yes, please explain:

    _____

    _____

    _____

    _____

2. Have you, or has a close friend or relative, ever had a negative or positive experience with any of the above agencies, or any with another law enforcement agency?

    \_\_\_\_\_ Yes    \_\_\_\_\_ No

    If yes, please explain:

    _____

    _____

    _____

    _____

3.	Have you ever called the police for any reason?

	\_\_\_\_\_ Yes    \_\_\_\_\_ No

	If yes, please explain:

	_____

	_____

	_____

	_____

4.	Have you ever been pulled over or questioned by a police officer?

	\_\_\_\_\_ Yes    \_\_\_\_\_ No

	If yes, please explain:

	_____

	_____

	_____

	_____

5.	Have you or has any close friend or relative of yours ever been arrested for disorderly conduct, fleeing and evading law enforcement, or resisting arrest?

	\_\_\_\_\_ Yes    \_\_\_\_\_ No

	If yes, please explain:

	_____

	_____

	_____

	_____

6.  Have you, or has anyone close to you, ever provided a statement to law enforcement as a witness to or victim of a crime?

 \_\_\_\_\_ Yes   \_\_\_\_\_ No

 If yes, please explain:

 _____

 _____

 _____

 _____

7.  In your opinion, have you or has any relative or close friend of yours ever been treated unfairly by the federal government, the state government, local government, or law enforcement?

 \_\_\_\_\_ Yes   \_\_\_\_\_ No

 If yes, please explain:

 _____

 _____

 _____

 _____

8.  Some people feel that police officers perform such difficult and important jobs that it is wrong to second-guess them by prosecuting them or punishing them for wrongdoing that occurs during the course of performing their jobs. How do you feel about this?

 _____

 _____

 _____

 _____

9.  Some people feel that police officers are not sufficiently investigated or punished for suspected wrongdoing that occurs during the course of performing their jobs. How do you feel about this?

_____

_____

_____

_____

10. Do you have feelings about whether it is fair or right to federally prosecute police officers who are charged with violating the rights of civilians?

_____

_____

_____

_____