**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Criminal Case No. 3:15-CR-141-DJH** |
| | ) | Electronically Filed |
| **MATTHEW B. CORDER** | ) | |

## **ORDER**

Having considered the Joint Motion for a Supplementary Jury Questionnaire, and being otherwise sufficiently advised,

IT IS ORDERED THAT the Jury Administrator for the Court shall send out the Supplementary Jury Questionnaire to members of the potential jury pool, in addition to the standard jury questionnaire. Completed Supplementary Jury Questionnaires shall be submitted to counsel for both parties by July 11, 2016.