UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
(Filed Electronically)

**CRIMINAL ACTION NO. 3:15CR-141-DJH**
**UNITED STATES OF AMERICA,**                                         **PLAINTIFF,**

**vs.**

**MATTHEW B. CORDER,**                                                 **DEFENDANT.**

**UNOPPOSED MOTION TO AMEND DEADLINES**

Comes the defendant, by counsel, and moves the Court to amend the time limits outlined in this Court's order of March 22, 2016, regarding pretrial motions (DN 16). It is requested that the due date for the initial motions be extended until May 9, 2016, and the response briefs be extended until May 23, 2016. The parties are not requesting an extension of the time to file a reply, and thus the briefing should still be completed by May 31, 2016, as originally contemplated by the Court and the parties.

As grounds for said motion, defense counsel state that the recent death of his son has required him to lose significant time at work, and additional time is necessary to prepare the appropriate motion. Defense counsel is authorized to state that the government, through Assistant United States Attorney Amanda Gregory, is unopposed to this motion.

Office of the
Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808

/s/ Donald J. Meier  
Assistant Federal Defender  
200 Theatre Building  
629 Fourth Avenue  
Louisville, Kentucky 40202  
(502) 584-0525

Counsel for Defendant.

## **CERTIFICATE**

     I hereby certify that on April 26, 2016, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following: Amanda Gregory, Esq., Assistant United States Attorney.

/s/ Donald J. Meier

Case 3:15-cr-00141-DJH   Document 18   Filed 04/26/16   Page 2 of 2 PageID #: 61

Office of the  
Federal Defender  
200 Theatre Building  
629 Fourth Avenue  
Louisville, KY 40202  

Tel (502) 584-0525  
Fax (502) 584-2808

2