# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
### AT LOUISVILLE
#### (Filed Electronically)

**CRIMINAL ACTION NO. 3:15CR-141-DJH**

**UNITED STATES OF AMERICA,**                                                                 **PLAINTIFF,**

**vs.**

**MATTHEW B. CORDER,**                                                                          **DEFENDANT.**


## ORDER

Defendant having moved the Court to extend the time within which both parties are to file pre-trial motions and responses, and the Court being otherwise sufficiently advised,

**IT IS ORDERED AND ADJUDGED** that the time within which the parties are to file pre-trial motions herein be, and the same hereby is, extended to and including May 9, 2016.

**IT IS FURTHER ORDERED** that the time to file response briefs shall be extended to May 23, 2016.  The time to file reply briefs shall remain unchanged at May 31, 2016.

Office of the
Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808