UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,                                                                    Plaintiff,

v.                                                                    Criminal Action No. 3:15-cr-141-DJH

MATTHEW B. CORDER,                                                                    Defendant.

\* \* \* \* \*

### ORDER

The parties have filed a joint motion for a supplemental jury questionnaire. (Docket No. 17) After reviewing their motion and the proposed questions, the Court concludes that sending the supplemental questionnaire would help expedite voir dire. Accordingly, and the Court being otherwise sufficiently advised, it is hereby **ORDERED** that the joint motion for supplemental questionnaire (D.N. 17) is **GRANTED**. The parties shall submit the questionnaire to the Court's Jury Administrator, Natalee McClure, Natalee_McClure@kywd.uscourts.gov, no later than **June 24, 2016**.

May 3, 2016

**David J. Hale, Judge**
**United States District Court**

cc: Jury Administrator