EXHIBIT 1

