IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Case No. 3:15-CR-141-DJH |
| | ) | *Electronically Filed* |
| MATTHEW B. CORDER | ) | |

ORDER

This matter having come before the court on the United States' Motion to Admit 404(b) Evidence and the Court being sufficiently advised,

**IT IS HEREBY ORDERED** that **THE COURT TAKES NOTICE OF THE UNITED STATES' INTENT TO INTRODUCE OTHER-ACTS EVIDENCE AND THE EVIDENCE SET FORTH IN THE UNITED STATES' MOTION IS DEEMED ADMISSIBLE.**