## COMMONWEALTH VS. BAIZE, DERIC W
### Case# 14-M-01078

| | |
|---|---|
| County | BULLITT |
| Court | DISTRICT Court |
| Opening Judge | HON. JENNIFER PORTER |
| Current Judge | |
| Closing Judge | HON. JENNIFER PORTER |

Page #

| Date | Event | Details |
|---|---|---|
| 11/06/2014 | Bail Set<br>SURETY<br>*dale baize/9805 brooks bend road 4 0258* | $ 2,000.00 |
| 11/06/2014 | Document Filed<br>ORDER TO REDUCE BOND<br>JUD<br>*2,000.00 SURETY COPIES TO CC AND P D* | |
| 11/06/2014 | NOE to All Counsel of Record and Parties Not Represented by Counsel.<br>ORDER TO REDUCE BOND<br>OTHER<br>*2,000.00 SURETY COPIES TO CC AND P D* | |
| 12/08/2014 | Case Disposed<br>VIOLTIME = 2358    ARRSTDT = 10/22/2014 | 46  Days |
| 12/08/2014 | Charge Disposed<br>CHARGE 1 ORIGINAL<br>DISMISSED | 0001990 Fleeing or Evading Police, 2nd Degree (On Foot) |
| 12/08/2014 | Charge Disposed<br>CHARGE 2 ORIGINAL<br>DISMISSED | 0024040 RESISTING ARREST |
| 12/08/2014 | Charge Disposed<br>CHARGE 3 ORIGINAL<br>DISMISSED | 0023710 Disorderly Conduct, 2nd Degree |
| 12/08/2014 | Document Filed<br>ORDER - AGREED<br>JUD<br>*DISMISS WITHOUT PREJUDICE COPIES TO: CC, DPA* | |
| 12/08/2014 | NOE to All Counsel of Record and Parties Not Represented by Counsel.<br>ORDER - AGREED<br>HAND DELIVERY<br>*DISMISS WITHOUT PREJUDICE COPIES TO: CC, DPA* | |
| 01/13/2015 | Scheduled Event<br>PRETRIAL CONFERENCE<br>HON. JENNIFER PORTER<br>*Del Sch Event 01/13/2015 1330 PM D* | Jan 13 2015 at 1:30 PM |



DISTRICT Court    14-M-01078

Page 2 of 2



**DI 14-M-01078**

**BAIZE, DERIC W**

COMMONWEALTH VS. BAIZE, DERIC W

BULLITT COUNTY COURT SYSTEM     Judge No: 755005     Filed: 10/23/2014

### Defendant Information

| | | | |
|---|---|---|---|
| BAIZE, DERIC W | | ID Type: OLKY B05300764 | |
| 315 BARRICKS ROAD #140 | W/M DOB: 11/26/1987 | Jail ID: | SSN: 463956807 |
| | Height: 0   Eyes: | Race: W | Crim Hist: |
| LOUISVILLE, KY 40229-0000 | Weight: 0   Hair: | Sex: M | State ID: |

### AKA/ALI Information

### Witnesses

CW CORDER, M.,                             CORDER933BC

### Charges

| Date | Citation | Chg | UOR | Description |
|---|---|---|---|---|
| 10/22/2014 | Cit#4M7946442-1 | 1 | 0001990 / 520100 | Fleeing or Evading Police, 2nd Degree (On Foot) (M)(A) |
| | Ba. Lvl 0 | | | |
| 10/22/2014 | Cit#4M7946442-2 | 2 | 0024040 / 520090 | RESISTING ARREST (M)(A) |
| | Ba. Lvl 0 | | | |
| 10/22/2014 | Cit#4M7946442-3 | 3 | 0023710 / 525060 | Disorderly Conduct, 2nd Degree (M)(B) |
| | Ba. Lvl 0 | | | |

### Scheduled Events

ARR     10/23/2014     0930 AM     D

### Monetary Events Information

10/23/2014 8:01:51AM                Page 1 of 1