COMMONWEALTH OF KENTUCKY
BULLLITT DISTRICT COURT
CASE NO. 14-M-01078

COMMONWEALTH OF KENTUCKY                                    PLAINTIFF

**AGREED ORDER**

v.

DERIC BAIZE                                                 DEFENDANT

*** *** ***

This matter having come before the Court, the parties having agreed, and the Court having reviewed the record and being otherwise sufficiently advised;

**IT IS HEREBY ORDERED** that this matter be DISMISSED without prejudice.

The Court notes that Defendant stipulates that there was probable cause with respect to the charges herein.

**SO ORDERED** this ____ day of December, 2014.

_____
JUDGE, BULLITT DISTRICT COURT

Having seen and agreed:

_____          _____
Monica M. Shahayda                  David Stewart
Assistant Bullitt County Attorney   Dept. of Public Advocacy

Distribution to:

( ) Bullitt County Attorney
( ) Dept. of Public Advocacy

ENTERED
DEC 08 2014
BULLITT CIRCUIT/DISTRICT CLERK
BY _____ D.C.


DEFENDANT'S EXHIBIT 2