**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**
**(Filed Electronically)**

**CRIMINAL ACTION NO. 3:15CR-141-DJH**
**UNITED STATES OF AMERICA,**                                    **PLAINTIFF,**

vs.

**MATTHEW B. CORDER,**                                           **DEFENDANT.**

**ORDER**

Defendant having moved the Court *in limine* to prohibit evidence relating to the lack of probable cause for the arrest in question in the above styled case, and the Court being sufficiently advised;

**IT IS ORDERED AND ADJUDGED** that at the trial of this action, the government is precluded from eliciting testimony bearing on the issue of lack of probable cause for the arrest in question in this case.

**IT IS FURTHER ORDERED** that the jury will be instructed, at the close of the evidence in this case, that, as a matter of law, the arrest in question was supported by probable cause.

Office of the
Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808