# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCK
### AT LOUISVILLE
#### (Filed Electronically)

**CRIMINAL ACTION NO. 3:15CR-141-DJH**

**UNITED STATES OF AMERICA,**                                           **PLAINTIFF,**

**vs.**

**MATTHEW B. CORDER,**                                           **DEFENDANT.**

## ORDER

Defendant having moved the Court *in limine* to prohibit the expert testimony of Shawn Herron, John Cottrell, Mark Riley, and Wendell McBride; the United States having responded thereto; and the Court being sufficiently advised,

**IT IS ORDERED AND ADJUDGED** that at the trial of this action, the above named individuals, and others be, and he hereby are, prohibited from testifying as an expert witness for the United States regarding the issue of whether the defendant had probable cause to make the arrest in question in this case, and whether the defendant had a constitutional grounds to enter D.B.'s home.

**IT IS FURTHER ORDERED** that these potential witnesses are prohibited from testifying about legal training offered to officers of the Bullitt County Sheriff's department, and how the arrest in question in this case conforms or is applicable to the legal training provided to officers of the department.

Office of the
Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808