IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Case No. 3:15-CR-141-DJH |
| | ) | *Electronically Filed* |
| MATTHEW B. CORDER | ) | |

**ORDER**

This matter having come before the court on the defendant Corder's Motion *in Limine* to Prohibit Testimony Regarding the Existence of Probable Cause and for a Finding That, As a Matter of Law, Probable Cause Existed in This Case (DN 22) and the Court being sufficiently advised,

**IT IS HEREBY ORDERED** that defendant Corder's Motion *in Limine* to Prohibit Testimony Regarding the Existence of Probable Cause and for a Finding That, As a Matter of Law, Probable Cause Existed in This Case **IS DENIED.**