IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Case No. 3:15-CR-141-DJH |
| | ) | *Electronically Filed* |
| MATTHEW B. CORDER | ) | |

**ORDER**

This matter having come before the court on the defendant's Objection to Expert Witnesses of the United States and Motion *in Limine* (DN 23) and the Court being sufficiently advised,

**IT IS HEREBY ORDERED** that the Objection and Motion is **GRANTED IN PART AND DENIED IN PART.**

The proffered government witnesses shall not offer expert testimony with respect to whether there was probable cause for defendant to arrest D.B., whether there was a constitutional basis for defendant to enter the home, or whether defendant had the requisite mental state. The government witnesses may offer fact testimony as to the defendant's training as well as lay opinion testimony as to how the conduct they see in the body camera video relates to training defendant received.