UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,                                              Plaintiff,

v.                                                Criminal Action No. 3:15-cr-141-DJH

MATTHEW B. CORDER,                                                    Defendant.

* * * * *

## MEMORANDUM OF HEARING

The Court heard oral argument in this matter on June 7, 2016, with the following counsel

participating:

> For Plaintiff:        Amanda Gregory
>                       Christopher J. Perras
>
> For Defendant:        Don Meier

The argument revolved around the United States' motion to admit 404(b) evidence (Docket No.

21) and the defendant's two motions *in limine*.  (D.N. 22, 23)  The Court considers the motions

submitted.

Court Time: 01/30(c)
Court Reporter: Alan Wernecke