IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Case No. 3:15-CR-141-DJH |
| | ) | *Electronically Filed* |
| MATTHEW B. CORDER | ) | |

## **GOVERNMENT'S PROPOSED VOIR DIRE**

*(Electronically Filed)*

The United States submits the following questions for inclusion in the Court's voir dire of the jury panel:

1. Have you or has anyone close to you ever received any legal training, practiced law, or worked in an attorney's office? If yes, please explain.

2. Is any member of your family, or any close friend, an official or employee of the United States government? If yes, please explain.

3. Have you, or has a relative, friend, or spouse ever been the subject of a criminal investigation or been arrested, charged with, or convicted of a crime?

    a. If yes, please explain.

    b. Did this affect your opinion of the criminal justice system? If so, how?

4. Have any of you ever been a witness in a criminal case, either for the government or the defendant?

5. Have any of you ever had an unpleasant experience with the criminal justice system either as a victim, a defendant, or a witness?

    a. If so, what type of experience?

    b. Did this affect your opinion of the criminal justice system? If so, how?

6.  Have any of you ever served on a jury before?

    a.  Federal Court

        1)  Civil; or

        2)  Criminal.

    b.  State Court

        1)  Civil; or

        2)  Criminal.

    c.  How was your experience as a juror?

    d.  Were you able to reach a verdict in the case? If so, please state what the verdict was.

    e.  Did anything happen to you while serving as a juror prior to this case that would make it difficult for you now to serve as a fair and impartial juror in this case?

7.  Have any of you ever had any claim or lawsuit or any other type of litigation against or with the United States, one of its agencies, or local law enforcement? I am speaking now of a lawsuit or some type of administrative proceeding. The agency could be the United States Postal Inspection Service, the Social Security Administration, the Federal Bureau of Investigation, the Veterans Administration, or some other federal agency. If so, please explain.

8.  Are any of you suffering from a physical disability, especially one involving hearing, which would make it difficult for you to serve as an alert juror during the trial of this case?

9.  Do any of you have difficulty hearing, reading, seeing or sitting for long periods of time?

10. Do you have any difficulty understanding or reading the English language?

11. Do any of you have significant events going on in your lives that would distract your attention from the testimony and evidence of this case?

12. The Court will give you instructions on the law at the conclusion of all the evidence and the argument of counsel. Will you abide by these instructions on the law and apply the law to the facts?

13. If one or more of the instructions on the law given to you by the Court are in conflict with your own personal beliefs, or if you disagree with any one of the Judge's instructions, will you still abide by the Court's instructions on the law and put your own personal beliefs aside?

14. Do any of you feel that it is wrong for you to sit in judgment of another person? In other words, do you feel that it would be difficult for you to return a verdict of guilty even if the evidence and the law required it?

15. Do you understand that in federal courts, punishment, if any, is imposed by the Court and that your verdict must in no way be affected by your concern for what punishment, if any, would be proper?

16. Do you understand that a defendant on trial is entitled to a presumption of innocence, but as with all presumptions, it may be overcome with competent evidence?

Respectfully submitted,

VANITA GUPTA
PRINCIPAL DEPUTY ASSISTANT
ATTORNEY GENERAL
CIVIL RIGHTS DIVISION
U.S. DEPARTMENT OF JUSTICE

*s/ Christopher J. Perras w/ permission*
Christopher J. Perras
Trial Attorney
Criminal Section
Civil Rights Division
U.S. Department of Justice
601 D Street NW
Washington, DC 20004
(202) 353-1130

JOHN E. KUHN, JR.
UNITED STATES ATTORNEY

*s/ Amanda E. Gregory*
Amanda E. Gregory
Assistant United States Attorney
717 West Broadway
Louisville, Kentucky 40202
(502) 582-5016 (Tel.)
(502) 582-5067 (Fax)

## CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2016, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the counsel to the defendant.

*s/ Amanda E. Gregory*
Amanda E. Gregory
Assistant U.S. Attorney