UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
(Filed Electronically)

CRIMINAL ACTION NO. 3:15CR-141-DJH
UNITED STATES OF AMERICA,                                                    PLAINTIFF,

vs.

MATTHEW B. CORDER,                                                           DEFENDANT.

### DEFENDANT'S TRIAL MEMORANDUM

**I. Statutes and Essential Elements**

**Count 1: 18 U.S.C. § 242 Deprivation of Rights Under Color of Law**

(1) D.B. was in the Commonwealth of Kentucky, and;

(2) The defendant there deprived D.B. of the Constitutional right to be free from unreasonable seizure, and;

(3) The defendant acted under the color of law when depriving D.B. of the constitutional right to be free from unreasonable seizure, and;

(4) The defendant acted willfully to deprive D.B. of such right, and;

(5) D.B. suffered bodily harm as a result of the acts of the defendant, or

(6) The defendant used a dangerous weapon.

**Count 2: 18 U.S.C. § 242 Deprivation of Rights Under Color of Law**

(1) D.B. was in the Commonwealth of Kentucky, and;

Office of the
Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808

1

(2) The defendant there deprived D.B. of the Constitutional right to be free from unreasonable seizure (malicious prosecution), and;

(3) The defendant acted under the color of law when depriving D.B. of the constitutional right to be free from unreasonable seizure (malicious prosecutiion), and;

(4) The defendant acted willfully to deprive D.B. of such right.

## II. Statement of Facts

Mr. Corder has pleaded not guilty and denies the allegations of the indictment. Mr. Corder respectfully declines to reveal on the record his factual theory of the case, but will discuss same with the Court *ex parte* and *in camera* if needed.

## III. Substantive Issues of Law

It is anticipated that there will be an threshold issue regarding whether there was probable cause to arrest D.B. for disorderly conduct, second degree (KRS 525.060), and fleeing and evading police, second degree (KRS 520.100). While the defense believes the fact that probable cause for these offenses was present, and has been resolved in this case, pretrial litigation has made it clear to defense counsel that the government will contest the existence of probable cause. While this is an issue of law, its existence depends heavily on the facts of the case.

As noted by the government (DN 21, page 4), the complaint written by Deputy Corder in the citation involved in this case was reviewed by the Judge at arraignment. The Judge examined the factual allegations in the complaint, and there was no finding that it did not state an offense. Rather, D.B. was deemed to be a danger to others, and he was given a cash bond of $1,500. Thus,

Office of the
Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808

rather than a legal issue as to the existence of probable cause for the listed offenses, it is actually a factual issue, as to the veracity of the allegations listed in the citation.

Additionally, on December 8, 2014, when the charges against D.B. were dismissed without prejudice, the court order noted that there was a stipulation by the parties that probable cause existed regarding the charges against D.B.  Thus, the defense deems the legal question of whether there was probable cause to arrest D.B. on October 23, 2014 to be settled.

### IV. Evidentiary Issues

The parties have already filed motions, and argued in court, issues relating to FRE 404(b), and FRE 403.  Also, there are issues relating to the opinion testimony of "expert/lay witnesses" under FRE 701, 702 and 704(b).  These issues have been submitted to the Court (DN 30), and are pending a ruling.

The defense is aware that D.B. has a prior conviction, as a juvenile, for felony Burglary 2nd, (dwelling).  The defense will seek to impeach D.B. with this conviction under FRE 609(d).  This conviction is more than ten years old, and the government has been orally advised of the defense's intention.  This will serve as written notice under FRE 609(b)(2).

The defense notes that the government is attempting to bring evidence in regarding two incidents involving the defendant under 404(b). (This issue being under submission).  These are incidents are even older than D.B.'s burglary.  In the interest of fairness and consistency, the defense will withdraw the attempt to impeach D.B. with this old felony, should the court agree that the unrelated alleged prior acts of Mr. Corder are not admissible.  The defense is not aware of other potential evidentiary issues.

Office of the
Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808

3

### V. Other Trial Problems

As noted above, the issue regarding 404(b) evidence is pending at this time. Should this evidence be deemed by the court to be admissible, the defense has contended, and still maintains, that this trial will transform into the equivalent of three separate trials. Compounding the problem is the assertion by the government that "(a) decade later, the government has obtained newly discovered evidence establishing that Defendant Corder . . . lied under oath during the trial." DN 21, Government's Motion to Admit 404(b) evidence, page 8. The defense does not know what this evidence is. Aside from the problems associated with serving subpoenas upon all the witness from the prior trial, this new evidence could require the defense to investigate and subpoena witnesses who could challenge, if not outright refute, this alleged new evidence. It is unknown if this all could be accomplished prior to the present trial date of July 18, 2016,

### VI. Jury Instructions

Mr. Corder has filed proposed jury instructions in a separate pleading

### VII. Voir Dire Questions

Mr. Corder has filed voir dire questions in a separate pleading.

### VIII. Exhibits

The defense has no anticipated exhibits.

Office of the
Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808

4

Respectfully submitted,

s/ Donald J. Meier
Assistant Federal Defender
200 Theatre Building
629 Fourth Ave.
Louisville, Ky. 40202
502-584-0525

Counsel for Defendant

## **CERTIFICATE**

    I hereby certify that on June 27, 2016, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following: Hon Amanda Gregory, Assistant United States Attorney, and Hon. Christopher Perras, Trial Attorney, U.S. Department of Justice.

s/ Donald J. Meier

Office of the
Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808