UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
(Filed Electronically)

CRIMINAL ACTION NO.  3:15-141-DJH
UNITED STATES OF AMERICA,                                                      PLAINTIFF,

vs.

MATTHEW B. CORDER,                                                                    DEFENDANT.

### DEFENDANT'S PROPOSED VOIR DIRE QUESTIONS

Comes the defendant, Matthew Corder, by counsel, and submits the following questions to be incorporated into the Court's voir dire:

- You have each submitted answers to a written questionnaire.  Since you have sent that response, have you thought of any additional responses to any of those questions which may have slipped your mind at that time?

- Have any of you, your family members or close friends ever been the victim of a crime?

    - Please describe

    - How has that experience impacted you?

    - How would that factor in to your view of other offenses?

Office of the
Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808

1

- What best describes the frequency of your interaction with police?

    - Very frequent (daily, or several times a week

    - Moderate (Once or twice a month)

    - Seldom (Once or twice a year, or less)

- How would you generally characterize the contact/interactions that you have had with police?

    - positive experiences

    - mixed bag (generally ok, with some exceptions)

    - generally negative experiences

- Have any of you ever sat as a juror in a criminal case? If so:

    - when?

    - where?

    - how often?

    - did you reach a verdict?  what was the verdict?

    - how might that impact any decision making responsibility you could have in this case?

- Have any of you ever served on a federal or state grand jury?  If so:

    - when?

    - where?

    - how often?

    - are you aware of the difference between a grand jury and a trial jury

Office of the
Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808

2

- Does anyone think that innocent persons are sometimes charged with a crime they did not commit?
- Would anyone here believe the testimony of a witness called to the stand by the prosecutor just because the prosecutor called that witness to testify? Does anyone think that it is possible for a prosecuting witness to lie or be mistaken when testifying?
- Have any of you been charged with a criminal offense?
    - What type of offense?
    - What was the result?
    - How were you treated by the police?
    - Is there anything about that experience that you believe would have any impact whatsoever on your consideration of this case?

**Constitutional considerations (indictment; presumption of innocense; standard of proof; 5th amendment rights; unanimous jury)**

- Does everyone understand that an **indictment** is merely an allegation and not proof that anyone has committed a crime?
- Does everyone realize that the way for an innocent person to contest an allegation is through a jury trial?
- Under our constitution, any person charged with a crime is **presumed innocent** of any allegation unless the prosecution proves him or her guilty beyond a reasonable doubt. Does anyone have any trouble presuming that Mr. Corder is innocent?

Office of the
Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808

3

- Does everyone realize that the prosecutor has the **burden of proof** in this case? This means that the prosecutor must prove Mr. Corder guilty and Mr. Corder does not have to prove he is not guilty. Does anyone have any problem with this rule? Does anyone think that the law should be changed and require that a defendant should have to prove to you that he is innocent?

- Does everyone realize that the conduct alleged in this case is being prosecuted **criminally**, as opposed to a civil suit for money damages, or a disciplinary action?

- We all know what a criminal cases generally involve. The non-criminal cases handled by courts are called civil cases and, for example, may involve injuries due to a car accident, or a contract dispute. Does everyone realize that the **burden of proof** is greater for a criminal case than for a civil case? Does anyone know why that is?

- Because punishment in a criminal case includes incarceration, or a prison sentence, the proof to establish the guilt of any person must be beyond a reasonable doubt. This is the highest standard under the law. Does everyone understand that if the prosecutor does not prove Mr. Corder guilty beyond a reasonable doubt, then Mr. Corder is to be found not guilty? Is there anyone who feels this is too strict a standard and is uncomfortable with the possibility of a guilty person being acquitted?

- Does everyone realize that you must give Mr. Corder the benefit of **the presumption of innocence** without any reservations whatsoever, and that you are to consider this presumption of innocence as actual proof of innocence unless it is overcome by proof

Office of the
Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808

4

by the prosecutor of guilt beyond a reasonable doubt?

- **Burden of proof:** Does everyone realize that they are doing their jobs as jurors when they find a person not guilty when the prosecution has not proven them guilty beyond a reasonable doubt?

- **Fifth Amendment:** Do you understand and accept the principle under our constitution that a defendant in a criminal case is not required to explain his or her side of the case since the burden of proof completely rests with the prosecution? Does everyone realize that Mr. Corder does not need to testify or put on any evidence what so ever? If Mr. Corder did not testify (as is his right) would anyone consider this to be any indication of guilt? Does anyone think the law should be changed and require a person charged with a crime to present proof or require them to testify at trial? Alternatively, should Mr. Corder testify, does everyone recognize that by testifying, he is not required to prove his innocense. That is, while his testimony should be judged like all other witnesses, the burden of proving the charges beyond a reasonable doubt still rests with the government.

- **Unanimous jury:** Does everyone know that the only way to find Mr. Corder guilty of a crime is for all 12 jurors to agree that the prosecution has proven him guilty beyond a reasonable doubt? Does anyone think that this law should be change and, for example, only require 9 of 12 jurors to find a person is guilty instead of requiring all 12 jurors to agree that a person is guilty?

- Is there anything about yourself that you would want to know if you were either the

Office of the
Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808

5

prosecutor or the defense attorney on this case that might affect your ability to fairly judge the facts of this case?

Additionally, the defense would request the opportunity for a brief, not more than 30 minute, opportunity to question the jurors. Of course, both sides should be given this opportunity. This will serve to facilitate a complete examination of prospective jurors, without needless delay.

The defense would also request the opportunity to conduct follow-up questioning of the prospective jurors regarding answers that were provided on the written questionnaire.

/s/ Donald J. Meier
Assistant Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, Kentucky 40202
(502) 584-0525

Counsel for Defendant.

Office of the
Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808

6

**CERTIFICATE**

      I hereby certify that on June 27, 2016, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following: Hon. Amanda Gregory, Assistant United States Attorney, and Hon. Christopher Perras, Trial Attorney, U.S. Department of Justice.

/s/ Donald J. Meier

Office of the
Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808