UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                          PLAINTIFF

vs.                                                                    CASE NO. 3:15CR-141-DJH

MATTHEW CORDER                                                                    DEFENDANT

## ORDER

This matter came before the court on the United States' Motion in Limine to Exclude Juvenile Adjudication. The United States' Motion is GRANTED. Evidence of D.B.'s juvenile burglary adjudication is excluded.

cc:   U.S. Attorney (AEG)
      Counsel for Defendant