UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                                       PLAINTIFF

vs.                                                                                CASE NO. 3:15CR-141-DJH

MATTHEW CORDER                                                                              DEFENDANT

## ORDER

This matter came before the court on the United States' Motion *in Limine* to Preclude the Defense from Referencing the Outcome of the State Prosecution of Defendant Corder.  The United States' Motion is GRANTED.  Evidence of or any reference to the outcome of the state prosecution of defendant Corder is excluded.

cc:    U.S. Attorney (AEG)
       Counsel for Defendant