# EXHIBIT

# A

COMMONWEALTH OF KENTUCKY
BULLLITT DISTRICT COURT
CASE NO. 14-M-01078

COMMONWEALTH OF KENTUCKY                                            PLAINTIFF

### AGREED ORDER

v.

D███ B███                                                           DEFENDANT

*** *** ***

This matter having come before the Court, the parties having agreed, and the Court having reviewed the record and being otherwise sufficiently advised;

**IT IS HEREBY ORDERED** that this matter be DISMISSED without prejudice.

The Court notes that Defendant stipulates that there was probable cause with respect to the charges herein.

**SO ORDERED** this ___ day of December, 2014.

_____
JUDGE, BULLITT DISTRICT COURT

Having seen and agreed:

_____         _____
Monica M. Shahayda                       David Stewart
Assistant Bullitt County Attorney        Dept. of Public Advocacy

Distribution to:

( )   Bullitt County Attorney
( )   Dept. of Public Advocacy

AS CLERK OF THE BULLITT CIRCUIT/DISTRICT COURT, I DO CERTIFY THAT THIS IS A TRUE AND CORRECT COPY OF THE ORIGINAL ENTERED OF RECORD IN MY OFFICE. IN TESTIMONY WHEREOF WITNESS MY HAND THIS 3 DAY OF December 2015
PAULITA A. KEITH, CLERK
BY: _____ D.C.

ENTERED
DEC 08 2014
BULLITT CIRCUIT/DISTRICT CLERK
BY _____ D C