# EXHIBIT

# B

COMMONWEALTH OF KENTUCKY
BULLLITT DISTRICT COURT
CASE NO. 14-M-01078

COMMONWEALTH OF KENTUCKY                                    PLAINTIFF

### AGREED ORDER

v.

D▮▮▮ B▮▮▮                                                   DEFENDANT

\*\*\* \*\*\* \*\*\*

This matter having come before the Court, the parties having agreed, and the Court having reviewed the record and being otherwise sufficiently advised;

**IT IS HEREBY ORDERED** that this matter be DISMISSED without prejudice.

**SO ORDERED** this ___ day of December, 2014.

_____
JUDGE, BULLITT DISTRICT COURT

Having seen and agreed:

_____                _____
Monica M. Shahayda                        David Stewart
Assistant Bullitt County Attorney         Dept. of Public Advocacy

Distribution to:

( )  Bullitt County Attorney
( )  Dept. of Public Advocacy

AS CLERK OF THE BULLITT CIRCUIT/DISTRICT COURT, I DO CERTIFY THAT THIS IS A TRUE AND CORRECT COPY OF THE ORIGINAL ENTERED OF RECORD IN MY OFFICE. IN TESTIMONY WHEREOF WITNESS MY HAND THIS ___3___ DAY OF December 2015
PAULA A. KEITH, CLERK
BY: _____ D.C.

ENTERED
DEC 08 2014
BULLITT CIRCUIT/DISTRICT CLERK
BY _____ D C