UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                              PLAINTIFF

vs.                                                                          CASE NO. 3:15CR-141-DJH

MATTHEW CORDER                                                                        DEFENDANT

**ORDER**

This matter came before the court on the United States' Motion *in Limine* to Admit, in Redacted Form, the State Court Order Dismissing Charges Against D.B.; and to Preclude the Defense from Referencing the Probable Cause Stipulation. The United States' Motion is GRANTED. The Order of Dismissal shall be admitted in its redacted form and reference to the probable cause stipulation is excluded.

cc:   U.S. Attorney (AEG)
      Counsel for Defendant