IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Case No. 3:15-CR-141-DJH |
| | ) | *Electronically Filed* |
| MATTHEW B. CORDER | ) | |

GOVERNMENT'S AMENDED EXHIBIT LIST

Comes now, the United States of America, by counsel, pursuant to this Court's Order, and submits the following proposed exhibit list. Counsel for the United States has submitted this list, along with copies of the exhibits, to defense counsel.

| EXH NO. | DESCRIPTION |
|---|---|
| 1 | Selected Bullitt County Sheriff's Office Policy Guidelines |
| 2 | Acknowledgement of receipt of Bullitt County Sheriff's Office Policy Guidelines signed by Matthew Corder |
| 3a | Bullitt County Sheriff's Office video footage from body camera worn by Matthew Corder 10/22/14 (Clip of interaction with D.B.) |
| 3b | Bullitt County Sheriff's Office video footage from body camera worn by Matthew Corder 10/22/14 (Clip of conversation between Matthew Corder and Billy Allen) |
| 4 | Bullitt County Uniform Citation dated 10/22/14 (Case No. 14-57825) |
| 5 | Selected certified training records of Matthew Corder - Kentucky Department of Criminal Justice Training |
| 6 | Certified 2009 Training Schedule – Kentucky Department of Criminal Justice Training |
| 7 | Certified 2013 Training Schedule – Kentucky Department of Criminal Justice Training |
| 8 | Excerpts from Kentucky Department of Criminal Justice Training 2013 Kentucky Penal Code Statute Book |
| 9 | Photograph: Whispering Oaks Mobile Home Park (view from roadway) |
| 10 | Photograph: Whispering Oaks Mobile Home Park (deck) |
| 11 | Certified copy of Bullitt County District Court Docket Sheet (Case No. 14-M-01078) |
| 12 | Bullitt County District Court video: 10/23/14 arraignment of D.B. (Case No. 14-M-01078) |

| | |
|---|---|
| 13 | Certified copy of Bullitt County District Court Agreed Order of Dismissal entered 12/08/14 (Case No. 14-M-01078) |

Respectfully submitted,

VANITA GUPTA
PRINCIPAL DEPUTY ASSISTANT
ATTORNEY GENERAL
CIVIL RIGHTS DIVISION
UNITED STATES DEPARTMENT OF
JUSTICE

Christopher Perras
Trial Attorney
Criminal Section
Civil Rights Division
U.S. Department of Justice
601 D Street NW
Washington, DC 20004
(202) 353-1130

JOHN E. KUHN, JR.
UNITED STATES ATTORNEY

*s/ Amanda E. Gregory*
Amanda E. Gregory
Assistant United States Attorney
717 West Broadway
Louisville, Kentucky 40202
(502) 582-5016 (Tel.)
(502) 582-5067 (Fax)

### CERTIFICATE OF SERVICE

I hereby certify that on July 13 , 2016, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the counsel to the defendant, Donald Meier.

*s/ Amanda E. Gregory*
Amanda E. Gregory
Assistant U.S. Attorney