UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,                                                         Plaintiff,

v.                                                         Criminal Action No. 3:15-cr-141-DJH

MATTHEW B. CORDER,                                                        Defendant.

\* \* \* \* \*

## ORDER

This matter is set for trial on July 18, 2016. There are several outstanding motions. (*See, e.g.,* Docket No. 21) The Court will be prepared to discuss its decisions regarding these motions—and the effect its conclusions will have on what evidence and testimony may be presented at trial—with the parties on the morning of trial. Accordingly, and the Court being otherwise sufficiently advised, it is hereby **ORDERED** as follows:

1. The Court shall conduct a pretrial hearing in Courtroom # 1 of the Gene Snyder U.S. Courthouse at **9 a.m.** to discuss the Court's conclusions regarding the various pretrial motions.

2. Jury selection shall **BEGIN** at **noon**.

July 13, 2016

*[signature]*

David J. Hale, Judge
United States District Court

cc: Jury Administrator