FILED
VANESSA L. ARMSTRONG
JUL 18 2016
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

# JURY LIST

### UNITED STATES V. MATTHEW B. CORDER

Case Number: 3:15CR-141-DJH

**Date:** July 18, 2016

**Courtroom Deputy:** Natalie Thompson

**Court Reporter:** Dena Legg        Plaintiff _____   Defendant _____

## Proposed Jury Panel

(Counsel – Please make your strikes below & give back to the Courtroom Deputy)

1  1) 43            13) ~~121~~ Δ       25) ~~113~~ Δ      37) _____
   2) ~~69~~ Δ    b 14) 25           12 26) 79           38) _____
2  3) 2           7 15) 84           13 27) 40           39) _____
   4) ~~106~~ US  8 16) 36           14 28) 80           40) _____
3  5) 17          9 17) 90           29) 34              41) _____
   6) ~~131~~ US    18) ~~30~~ US/Δ   30) 11             42) _____
   7) ~~116~~ US/Δ  19) ~~55~~ US     31) _____          43) _____
   8) ~~65~~ Δ       20) ~~109~~ Δ    32) _____          44) _____
4  9) 130            21) ~~99~~ Δ     33) _____          45) _____
5  10) 18            22) ~~89~~ Δ     34) _____          46) _____
   11) ~~13~~ US   10 23) 19          35) _____          47) _____
   12) ~~20~~ Δ   11 24) 83           36) _____          48) _____

### Excused & Stricken For Cause

| | | |
|---|---|---|
| 82 | 97 | 68 |
| 48 | 24 | 110 |
| 74 | 6 | 1 |
| 107 | 116 | |
| 40 | 128 | |