UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

**UNITED STATES OF AMERICA**                                                                                          **PLAINTIFF**

V.                                                                              **CRIMINAL ACTION NO. 3:15CR-141-H**

**MATTHEW CORDER**                                                                                                   **DEFENDANT**

**ORDER**

The jury having been sequestered by the Court during the lunch hour on July 22, 2016,

**IT IS HEREBY ORDERED that the Clerk of the Court purchase lunch for the jury, the amount totaling $106.50**.

Dated this 22nd day of July 2016.

                                              **ENTERED BY ORDER OF COURT:
                                              DAVID J. HALE, JUDGE
                                              UNITED STATES DISTRICT COURT
                                              VANESSA L. ARMSTRONG, CLERK**

                                              By:  *s/ Natalee McClure, Jury Administrator*

cc: Finance Department