UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

**FILED**
VANESSA L. ARMSTRONG
JUL 22 2016
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES OF AMERICA,                                              Plaintiff,

v.                                                 Criminal Action No. 3:15-cr-141-DJH

MATTHEW B. CORDER,                                                    Defendant.

## VERDICT FORM

**WE, THE JURY,** find Matthew B. Corder,

As to Count 1:            ___✓___              _____
                          GUILTY               NOT GUILTY

As to Count 1,
Lesser Included Offense:
(Ignore if Count 1 answer is
"Guilty")

                          _____             _____
                          GUILTY               NOT GUILTY

As to Count 2:            ___✓___              _____
                          GUILTY               NOT GUILTY


                                                  #80
                                              _____
                                              FOREPERSON
                                              Date: 7/22/16