UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,      Plaintiff,

v.      Criminal Action No. 3:15-cr-141-DJH

MATTHEW B. CORDER,      Defendant.

\* \* \* \* \*

**ORDER**

This case came before the Court for jury trial on July 18, 2016. Testimony concluded on July 21, 2016. The United States was represented by Amanda Gregory and Christopher Perras. The defendant was present with Don Meier and Laura Wyrosdick, appointed counsel.

The jury reported to the Court on July 22, 2016, that they reached a verdict in the matter. A verdict of **GUILTY** (Docket No. 50) was returned against the defendant, **MATTHEW B. CORDER**, as to Count 1 and Count 2 of the Indictment (D.N. 1). The jury was polled pursuant to Fed. R. Crim. P. 31(d), and all jurors acknowledged that they were in agreement with the verdict.

Accordingly, and the Court being otherwise sufficiently advised, it is hereby **ORDERED** that this matter is set for sentencing hearing on **October 17, 2016**, at **1:30 p.m.**, at the Gene Snyder U.S. Courthouse in Louisville, Kentucky.

The outstanding motions, including but not limited to Docket Nos. 21, 22, 23, 38, 39, 40, were resolved, on the record, during trial.

**IT IS FINALLY ORDERED** that, without objection, the defendant shall remain on bond (D.N. 8, 9) pending further order of the Court.

cc: Counsel of Record
     United States Probation
     United States Marshals Service