UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CRIMINAL COURT PROCEEDINGS – TRIAL

Case Number:  3:15-CR-141-DJH-1      Date:  7/18/2016

Case Title:  USA v. Corder

Court Location: Courtroom 1

Before: David J. Hale

Present:       Court Reporter:  Dena Legg

              Courtroom Deputy:  Natalie Thompson

Counsel:       United States:  Amanda Gregory and Christopher Perras

              Defendant:  Don Meier and Laura Wyrosdick

Interpreters:

Jury Impaneled & Sworn  ✓      Date:  7/18/2016

Introduction of Evidence for United States ___ Begun ___ Resumed ___ Concluded

Introduction of Evidence for Defendant ___ Begun ___ Resumed ___ Concluded

___ Rebuttal Evidence   ___ Sur-Rebuttal Evidence   ___ No Evidence Presented
✓ Case continued to 7/19/2016 for further trial
___ Motion for Judgment of Acquittal   ___ Granted   ___ Denied   ___ Submitted
___ Jury retires to deliberate at___; Jury returns at
___ FINDING BY COURT   ___ JURY VERDICT (See signed verdict as to each defendant)
___ Jury polled   ___ Polling waived   ___ Mistrial declared
___ Case continued to___ for sentencing.
___ Defendant shall remain on bond   ___ Defendant shall remain detained

COURT TIME:   5/55                                         NWT  Initials of Deputy Clerk