UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CRIMINAL COURT PROCEEDINGS – TRIAL

Case Number: _3:15-CR-141-DJH-1_          Date: _7/19/2016_

Case Title: _USA v. Corder_

Court Location: Courtroom 1

Before: David J. Hale

Present:         Court Reporter: _Dena Legg_

              Courtroom Deputy: _Natalie Thompson_

Counsel:     United States: _Amanda Gregory and Christopher Perras_

              Defendant: _Don Meier and Laura Wyrosdick_

Interpreters:

Jury Impaneled & Sworn __          Date: _____

Introduction of Evidence for United States  ✓  Begun  __ Resumed  __ Concluded

Introduction of Evidence for Defendant __ Begun __ Resumed __ Concluded

__ Rebuttal Evidence   __ Sur-Rebuttal Evidence   __ No Evidence Presented
✓  Case continued to 7/20/2016 for further trial
__ Motion for Judgment of Acquittal   __ Granted   __ Denied   __ Submitted
__ Jury retires to deliberate at___; Jury returns at
__ FINDING BY COURT   __ JURY VERDICT (See signed verdict as to each defendant)
__ Jury polled   __ Polling waived   __ Mistrial declared
__ Case continued to___ for sentencing.
__ Defendant shall remain on bond   __ Defendant shall remain detained

COURT TIME:    6/30                                   _NWT_ Initials of Deputy Clerk