UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CRIMINAL COURT PROCEEDINGS – TRIAL

Case Number: __3:15-CR-141-DJH-1__  Date: __7/20/2016__

Case Title: __USA v. Corder__

Court Location: Courtroom 1

Before: David J. Hale

Present:    Court Reporter: __Dena Legg__

            Courtroom Deputy: __Natalie Thompson__

Counsel:    United States: __Amanda Gregory and Christopher Perras__

            Defendant: __Don Meier and Laura Wyrosdick__

Interpreters:

Jury Impaneled & Sworn __    Date: _____

Introduction of Evidence for United States ___ Begun ✓ Resumed ✓ Concluded

Introduction of Evidence for Defendant ✓ Begun ___ Resumed ___ Concluded

___ Rebuttal Evidence ___ Sur-Rebuttal Evidence ___ No Evidence Presented
✓ Case continued to _7/21/2016 at 8:45 a.m._ for further trial
___ Motion for Judgment of Acquittal ___ Granted ___ Denied ___ Submitted
___ Jury retires to deliberate at___; Jury returns at
___ FINDING BY COURT ___ JURY VERDICT (See signed verdict as to each defendant)
___ Jury polled ___ Polling waived ___ Mistrial declared
___ Case continued to___ for sentencing.
___ Defendant shall remain on bond ___ Defendant shall remain detained

COURT TIME:   5/5                                __NWT__ Initials of Deputy Clerk