UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CRIMINAL COURT PROCEEDINGS – TRIAL

Case Number:  3:15-CR-141-DJH-1         Date:  7/21/2016

Case Title:  USA v. Corder

Court Location: Courtroom 1

Before: David J. Hale

Present:        Court Reporter:  Dena Legg

              Courtroom Deputy:  Natalie Thompson

Counsel:        United States:  Amanda Gregory and Christopher Perras

              Defendant:  Don Meier

Interpreters:

Jury Impaneled & Sworn __         Date: ____

Introduction of Evidence for United States __ Begun __ Resumed __ Concluded

Introduction of Evidence for Defendant __ Begun ✓ Resumed ✓ Concluded

__ Rebuttal Evidence   __ Sur-Rebuttal Evidence   __ No Evidence Presented
✓ Case continued to 7/22/2016 at 8:45 a.m.  for further trial
__ Motion for Judgment of Acquittal __ Granted __ Denied __ Submitted
__ Jury retires to deliberate at___; Jury returns at
__ FINDING BY COURT __ JURY VERDICT (See signed verdict as to each defendant)
__ Jury polled __ Polling waived __ Mistrial declared
__ Case continued to___ for sentencing.
__ Defendant shall remain on bond __ Defendant shall remain detained

COURT TIME:   3/45                              NWT  Initials of Deputy Clerk