UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CRIMINAL COURT PROCEEDINGS – TRIAL

Case Number: _3:15-CR-141-DJH-1_   Date: _7/22/2016_

Case Title: _USA v. Corder_

Court Location: Courtroom 1

Before: David J. Hale

Present:     Court Reporter: _Dena Legg_

             Courtroom Deputy: _Natalie Thompson_

Counsel:    United States: _Amanda Gregory and Christopher Perras_

             Defendant: _Don Meier and Laura Wyrosdick_

Interpreters:

Jury Impaneled & Sworn __   Date: ____

Introduction of Evidence for United States __ Begun __ Resumed __ Concluded

Introduction of Evidence for Defendant __ Begun __ Resumed __ Concluded

__ Rebuttal Evidence __ Sur-Rebuttal Evidence __ No Evidence Presented
__ Case continued to __ for further trial
__ Motion for Judgment of Acquittal __ Granted __ Denied __ Submitted
✓ Jury retires to deliberate at _11:20:00 AM_ ; Jury returns at _1:55:00 PM_
__ FINDING BY COURT  ✓ JURY VERDICT (See signed verdict as to each defendant)
✓ Jury polled __ Polling waived __ Mistrial declared
✓ Case continued to _10/17/2016 at 1:30 p.m._ for sentencing.
✓ Defendant shall remain on bond __ Defendant shall remain detained

COURT TIME:    2/30                                    _NWT_ Initials of Deputy Clerk