UNITED STATES DISTRICT COURT

Western District of Kentucky

**EXHIBIT INVENTORY**

FILED

16 OCT 13 AM 8: 50

CASE NUMBER: **3:15-CR-00141-DJH**

STYLE OF CASE: **USA v. Corder**

Received from: D. Legg     Received by : D.C. John Sparling     Date: 10-13-2016

PROCEEDINGS: **Jury Trial (July 18-22, 2016)**

Government's:
1 – policy guidelines
2 – policy issue form
3-A – DVD
3-B – DVD
4 – citation
5 – training record
8 – Criminal Law Manual
9 – photo
10 – photo
11 – case history
12 – DVD
13 – agreed order
14 – photo
15 – photo
16 – drawing

Defendant's:
No Exhibits

DISPOSITION OF EXHIBITS:
ITEMS: _____

RECEIVED BY: _____ DATE: _____

RETURNED BY: _____ DATE: _____

ITEMS: _____

RECEIVED BY: _____ DATE: _____

RETURNED BY: _____ DATE: _____

OTHER DISPOSITON: _____
DATE: _____ RETURNED BY: _____ Deputy Clerk