# MEMORANDUM

CITY OF LOUISVILLE

TO: Detective Matt Corder
C.A.C.U.

FROM: Colonel Greg Smith
Chief of Police

DATE: July 15, 2002

RE: Letter of Appreciation

**Detective Corder:**

Recently, I received a letter commending you for your professionalism and outstanding performance regarding your response to 16th Street and Northwestern Parkway near the McApline Locks on a possible drowning victim. Witnesses in the area stated that they observed a swimmer in the river go under the water, but did not resurface. As a result of your efforts and courageous actions, the victim's body was recovered from the river. In addition, you have been nominated for a departmental "Merit" award.

I appreciate your willingness to put extra effort in doing your job. You have helped to showcase the professionalism and dedication of the Division of Police.

GS/rkg

cc: Commanding Officer
Personnel Bureau
Awards Committee

 

## Recommendation For Award

___ Honor   ___ Valor   _X_ Merit   ___ Commendation   ___ Other

### Personal Data

Name: Corder Matt          Rank: Det..       Present Assignment: Crimes Against Children Unit

Posthumous Award: ( ) Yes   ( X ) No       Date and Place of Death:_____

### Recommendation For Award Of Merit/Commendation/Other

Dates For Which Recommended: 05-24-02   Unit/Assignment At Time Of Nomination: C.A.C.U.

### Recommendation For Award Of Honor / Valor Conditions Under Which Act Was Performed

Action Prior To Incident: Off Duty

_X_ On Duty    ___ Off Duty
(After Being Called Out)

### Narrative (Include Attachments)

Describe The Individual's Performance Of Action(s):
See Attached
_____
_____
_____

### Transmittal Section

Signature Of Nominating Person: *Sgt. Lori Phillips*

Date / Time Of Submission: 06-27-02   1600 Hrs.

### Award Committee Action

Date Of Action:_____   Approved:___   Amended:___

Award Or Action In Lieu Of Recommendation:_____

Reason For Amendment:_____


Copies To:  District/Bureau File
            Chief's Office
            Awards Committee
            Personnel File

LPD# 0411-01

# MEMORANDUM

CITY OF LOUISVILLE

TO: Detective Matthew Corder
C.A.C.U.

FROM: Colonel Greg Smith
Chief of Police

DATE: March 27, 2002

RE: Letter of Appreciation

**Detective Corder:**

Recently, I received a letter commending you for your professionalism and outstanding performance regarding your efforts to secure the City's 27-foot Boston Whaler Law Enforcement boat after the Hydro-Hoist docking system broke away from the docking mounts. While attempting to secure the boat, dive team members experienced unfavorable river conditions with high winds. As a result of your efforts and dedication, you have been nominated for a departmental, "Exceptional Merit" award.

I appreciate your willingness to put extra effort in doing your job. You have helped to showcase the professionalism and dedication of the Division of Police.

GS/rkg

cc: Commanding Officer
Personnel Bureau
Awards Committee

An Equal Opportunity Employer   Louisville: the place to live, work and play.   Printed on Recycled Paper

Corder001165

| Recommendation For Award | Honor [ ] Valor [ ] | Control No. |
|---|---|---|
| (LPD #0411-92) | Merit [XXX] Commendation [ ] Other [ ] | |
| TO: CHIEF OF POLICE LOU. DIV. OF POLICE | THROUGH: MAJOR SCHILLER | FROM: SGT. RODNEY KIDD |

I. PERSONAL DATA

| NAME (LAST, FIRST, MI): Corder Mathew | RANK: Detective | PRESENT ASSIGNMENT: CACU |
|---|---|---|

RECOMMENDED AWARD: EXCEPTIONAL MERIT

| POSTHUMOUS AWARD: ( ) YES (X) NO | DATE AND PLACE OF DEATH: |
|---|---|

II. RECOMMENDATION FOR AWARD OF MERIT/COMMENDATION/OTHER

| DATE(S) FOR WHICH RECOMMENDED: March 09, 2002 | UNIT/ASSIGNMENT AT TIME OF NOMINATION: UNDERWATER SEARCH AND RECOVERY UNIT |
|---|---|

III. RECOMMENDATION FOR AWARD OF HONOR/VALOR CONDITIONS UNDER WHICH ACT WAS PERFORMED

| LOCATION(S): WATERFRONT PARK | TIME: 1400 | DATE: MARCH 09, 2002 |
|---|---|---|

ACTION PRIOR TO INCIDENT:  [ ] ON-DUTY  [XXXX] OFF-DUTY

IV. NARRATIVE (Include Attachments)

Describe the individual's performance or action(s) below:

SEE ATTACHED LETTER

V. AWARD COMMITTEE ACTION

| DATE OF ACTION: [ ] APPROVED   [ ] AMENDED | AWARD OR ACTION IN LIEU OF RECOMMENDATION: |
|---|---|

REASON FOR AMENDMENT:

VI. TRANSMITTAL SECTION

| COPIES TO: DISTRICT/BUREAU FILE CHIEF'S OFFICE AWARDS COMMITTEE PERSONNEL FILE | SIGNATURE OF NOMINATING PERSON: *Sgt Rodney Kidd* DATE/TIME OF SUBMISSION: 3/11/02  1500hrs |
|---|---|

Corder001166



# City of Louisville
### DIVISION OF POLICE

JERRY E. ABRAMSON
MAYOR

633 W. Jefferson Street • Louisville, KY 40202-2786

DOUGLAS HAMILTON
Chief of Police

## MEMORANDUM

**TO:** Officer Matt Corder
Fifth District

**FROM:** Colonel E. Douglas Hamilton
Chief of Police

**DATE:** March 10, 1995

**RE:** Letter of Appreciation

Officer Corder:

Recently, I received a letter commending you for the outstanding job you did regarding your response to a report of a robbery at the B-Line Mini Market. As a result of your efforts, William Dew was arrested and four additional robberies were cleared.

Please accept my appreciation for your professionalism and dedication.

Your actions present a positive image for the Division of Police.

EDH/rkg

cc: Commanding Officer
Personnel Bureau
Awards Committee
F.O.P.

An Equal Opportunity Employer

| Recommendation For Award (LPD #0411-92) | Honor [ ] | Valor [ ] | Control No. |
|---|---|---|---|
| TO: Chief E. Doulas Hamilton CHIEF OF POLICE LOUISVILLE DIV. OF POLICE | Merit [XXXXXXX] | Commendation [ ] Other [ ] | |
| | Through: Lt. Charles Hickman *Lt. CMM* | | From: Sgt. Dan Assef |

### I. PERSONAL DATA

| NAME (LAST, FIRST, MI): Corder, Mathew | RANK: Officer | PRESENT ASSIGNMENT: 5th District |
|---|---|---|

**RECOMMENDED AWARD:** Exceptional Merit

| POSTHUMOUS AWARD: ( ) YES (XX) NO | DATE AND PLACE OF DEATH: N/A |
|---|---|

### II. RECOMMENDATION FOR AWARD OF MERIT/COMMENDATION/OTHER

| DATES FOR WHICH RECOMMENDED: 9-11-94 | UNIT/ASSIGNMENT AT TIME OF NOMINATION: 5th District |
|---|---|

### III. RECOMMENDATION FOR AWARD OF HONOR/VALOR CONDITIONS UNDER WHICH ACT WAS PERFORMED

ACTION PRIOR TO INCIDENT:    [ ] ON-DUTY    [ ] OFF-DUTY

### IV. NARRATIVE (INCLUDE ATTACHMENTS)

DESCRIBE THE INDIVIDUAL'S PERFORMANCE OF ACTION(S) BELOW:

See attached letter of commendation

### V. AWARD COMMITTEE ACTION

| DATE OF ACTION: [ ] APPROVED [ ] AMENDED | AWARD OR ACTION IN LIEU OF RECOMMENDATION: |
|---|---|

REASON FOR AMENDMENT:

### VI. TRANSMITTAL SECTION

| COPIES TO: DISTRICT/BUREAU FILE CHIEF'S OFFICE AWARDS COMMITTEE PERSONNEL FILE | SIGNATURE OF NOMINATING PERSON: Sgt. Dan Assef *(signed)* DATE/TIME OF SUBMISSION: 3-1-95/0400 hours |
|---|---|



# City of Louisville
### DIVISION OF POLICE

JERRY E. ABRAMSON
MAYOR

633 W. Jefferson Street • Louisville, KY 40202-2786

DOUGLAS HAMILTON
Chief of Police

## **MEMORANDUM**

**TO:** Officer Matt Corder
Fifth District

**FROM:** Colonel E. Douglas Hamilton
Chief of Police

**DATE:** October 10, 1995

**RE:** Letter of Appreciation

Officer Corder:

Recently, I received a letter commending you for your outstanding performance regarding your response to the I-65 overpass onto St. Catherine Street on a man threatening to jump. As a result of your efforts, Mr. Martin Goodard was taken to University Hospital for treatment.

Please accept my appreciation for your professionalism and dedication.

Your actions present a positive image for the Division of Police.

EDH/rkg

cc: Commanding Officer
Personnel Bureau
Awards Committee
F.O.P.

| Recommendation For Award (LPD #0411-92) | Honor [ ] | Valor [ ] | Control No. |
|---|---|---|---|
| TO: E. Douglas Hamilton CHIEF OF POLICE LOUISVILLE DIV. OF POLICE | Merit [ ] | Commendation [ ] Through: Lt. Charles Hickman | Other [XXXXXXX] From: Sgt. Dan Assef |

### I. PERSONAL DATA

| NAME (LAST, FIRST, MI): Corder, Mathew | RANK: Officer | PRESENT ASSIGNMENT: 5th District |
|---|---|---|

RECOMMENDED AWARD: Life Saving

| POSTHUMOUS AWARD: ( ) YES (xx) NO | DATE AND PLACE OF DEATH: N/A |
|---|---|

### II. RECOMMENDATION FOR AWARD OF MERIT/COMMENDATION/OTHER

| DATES FOR WHICH RECOMMENDED: 9-3-95 | UNIT/ASSIGNMENT AT TIME OF NOMINATION: 5th District |
|---|---|

### III. RECOMMENDATION FOR AWARD OF HONOR/VALOR CONDITIONS UNDER WHICH ACT WAS PERFORMED

ACTION PRIOR TO INCIDENT:       [XXXXXX] ON-DUTY       [ ] OFF-DUTY

### IV. NARRATIVE (INCLUDE ATTACHMENTS)

DESCRIBE THE INDIVIDUAL'S PERFORMANCE OF ACTION(S) BELOW:

Officers Pearson, Hamilton and Corder prevented Martin Goddard from jumping from the I-65 overpass onto St. Catherine Street. (see attached letter of commendation)

### V. AWARD COMMITTEE ACTION

| DATE OF ACTION: [ ] APPROVED [ ] AMENDED | AWARD OR ACTION IN LIEU OF RECOMMENDATION: |
|---|---|

REASON FOR AMENDMENT:

### VI. TRANSMITTAL SECTION

| COPIES TO: DISTRICT/BUREAU FILE CHIEF'S OFFICE AWARDS COMMITTEE PERSONNEL FILE | SIGNATURE OF NOMINATING PERSON: Sgt. Dan Assef  [signature] DATE/TIME OF SUBMISSION: 9-18-95/0400 hrs. |
|---|---|

# MEMORANDUM

CITY OF LOUISVILLE

TO: COLONEL DOUG HAMILTON
CHIEF OF POLICE

THRU: LT COL. CINDY SHAIN
DEPUTY CHIEF OF OPERATIONS

FROM: CAPTAIN MYRA MASON
FIFTH DISTRICT COMMANDER

DATE: JANUARY 9, 1998

RE: AWARD RECOMMENDATION

Attached is a letter from Sgt. Dale Thompson commending Officer Matt Corder and nominating him for the medal of valor. Officer Corder confronted an individual who had already slashed a person's head and was threatening to kill people. Officer Corder confronted the subject and talked him into dropping the knife

As Sgt. Thompson indicated, Officer Corder distinguished himself when he confronted the subject and remained calm in the face of danger. Officer Corder should be commended and deserves the nomination for the medal of valor.

# MEMORANDUM

## CITY OF LOUISVILLE

To:       Captain Myra Mason
          Fifth District Commander

From:     Sergeant Dale Thompson
          First Platoon

Date:     December 30, 1997

Re:       Award Recommendation for Officer Matthew Corder

On November 5, 1997, at approximately 0330 Hours, Officer Matt Corder responded in the Fourth District to the White Castle Restaurant at Seventh and Broadway on a subject threatening to kill people. When the suspect was confronted by Officer Corder in the restaurant parking lot, the suspect was armed with a large butcher knife. The suspect, Michael Woods, was actively threatening customers on the lot with the knife. Officer Corder confronted Woods at gunpoint, and after a brief standoff, convinced Woods to drop the knife and arrested him.

A victim, Derrick Triplin, was located inside the restaurant. Triplin had been sitting down and eating when Woods approached him from the rear and swung the knife horizontally across the back of his head. Triplin suffered a large gash across the back of his head and lost a considerable amount of blood. Triplin was transported to HHU where he was treated and survived his wound.

Due to Officer Corder's quick response and bravery confronting the suspect, he undoubtedly prevented further victims and possibly the loss of human life.

Officer Corder distinguished himself by maintaining calm in the face of danger and performed his duties exceptionally when faced with imminent danger to life.

CC:   Lt. Charles Hickman

| Recommendation For Award (LPD #0411-92) | Honor [ ] | Valor [XXX] | | Control No. |
|---|---|---|---|---|
| TO: Col. E. Douglass Hamilton<br>CHIEF OF POLICE<br>LOUISVILLE DIV. OF POLICE | Merit [ ] | Commendation [ ] | Other [ ] | |
| | Through:<br>Captain Myra Mason<br>Fifth District Commander | | From:<br>Sgt. Dale Thompson<br>First Platoon | |

### I. PERSONAL DATA

| NAME (LAST, FIRST, MI): Corder, Matthew | RANK: Officer | PRESENT ASSIGNMENT: Fifth District |
|---|---|---|

| RECOMMENDED AWARD: Valor |
|---|

| POSTHUMOUS AWARD:<br>( ) YES   ( X ) NO | DATE AND PLACE OF DEATH: |
|---|---|

### II. RECOMMENDATION FOR AWARD OF MERIT/COMMENDATION/OTHER

| DATES FOR WHICH RECOMMENDED:<br>November 5, 1997 | UNIT/ASSIGNMENT AT TIME OF NOMINATION: 5TH DISTRICT |
|---|---|

### III. RECOMMENDATION FOR AWARD OF HONOR/VALOR CONDITIONS UNDER WHICH ACT WAS PERFORMED

ACTION PRIOR TO INCIDENT:    [X] ON-DUTY    [ ] OFF-DUTY

### IV. NARRATIVE (INCLUDE ATTACHMENTS)

DESCRIBE THE INDIVIDUAL'S PERFORMANCE OF ACTION(S) BELOW:

( See Attachment )

### V. AWARD COMMITTEE ACTION

| DATE OF ACTION:<br>[ ] APPROVED<br>[ ] AMENDED | AWARD OR ACTION IN LIEU OF RECOMMENDATION: |
|---|---|

REASON FOR AMENDMENT:

### VI. TRANSMITTAL SECTION

| COPIES TO: DISTRICT/BUREAU FILE<br>CHIEF'S OFFICE<br>AWARDS COMMITTEE<br>PERSONNEL FILE | SIGNATURE OF NOMINATING PERSON:<br>SGT. S. [signature]<br>DATE/TIME OF SUBMISSION:<br>December 30, 1997 |
|---|---|

Corder001402

# MEMORANDUM

CITY OF LOUISVILLE

December 20, 1997


TO: Capt. M. Mason
    A/Capt. C.N. Hickman
    5 Th. Dist, Commanding


FROM: A/ Sgt. P. Ferguson
    5Th. Dist. 1St. Plt.


RE: Bomb Run

   At 0401 hrs. the Desk received call from 3904 Poplar Level Rd. on possible bomb. Car #517(Off. FUgatte) was dispatched at 0405 and arrived at 0406. When he arrived at scene he found one explosive device which had been activated with minor damage. Another explosive device(Pipe Bomb) was found lying on front porch. I was notified and dispatched Bomb Squad Member Off. M. Corder to scene. Also at this time the on call Bomb Squad Team was called out. Off. R. Heine, Off. Ed Johnson, Off. M. Redmond all responded to scene. Lt. A. Dorsey was also notified and responded to scene. After taking an X-Ray of the device it was decided to shoot the device in place. This was set up and completed succesfully by the Bomb Team.
   When advised of devices the Off. on scene evacuated residents of property and neighboring ersidents on both sides. Off. R. Ashenfelter, R. Brewer, G.T. Craig and C. Jones shut down Poplar Level Road to thru traffic and assisted in keeping people out of the area.
   Every one involved performed very Professionly and with Dedication to accomplish the dangerous mission with which they were tasked. I would like to Commend All Officers involved in a job well done.


cc: CAPT THOMPSON
    FYI

Printed on Recycled Paper

Corder001400

# MEMORANDUM

CITY OF LOUISVILLE

TO: LT. COLONEL WILLIE HENRY
OPERATIONS COMMANDER

FROM: LIEUTENANT BUD ALPIGER
FIFTH DISTRICT, THIRD PLATOON

DATE: DECEMBER 14, 1993

RE: COMMENDATION OF OFFICER MATTHEW CORDER

Sir:

On the evening of November 23, 1993, Fifth District officers stopped a pick-up truck containing Daniel Summers who was wanted on a Mental Inquest Warrant and was armed with a .38 caliber revolver. Mr. Summers is on parole for at least two life sentences and when the officers approached him, he pointed the revolver at his temple and told the officers that he was going to kill himself if the police did not kill him first.

Officer Corder took a position of cover approximately ten yards from the truck and quickly developed a dialogue with Mr. Summers. For the next hour or so, Officer Corder continued talking to Mr. Summers, reassuring him and gaining his trust.

After the HNT unit arrived and took over the negotiating process, Mr. Summers refused to speak to anyone other then Officer Corder. HNT then utilized Officer Corder for the next several hours to negotiate with Mr. Summers.

Though Mr. Summers eventually suffered a self inflicted gun shot wound to the shoulder, had Officer Corder not acted quickly, professionally and compassionately to calm Mr. Summers and gain his trust, the incident may well have resulted in Mr. Summers taking his own life or worst yet, his using the police to commit suicide by firing at them. The professionalism and compassion demonstrated by Officer Corder probably prevented this incident from ending even more tragically then it did. He is deserving of our thanks for a job well done.

BA/bjs

cc: Captain David Lyons
    Fifth District Commander

Corder001399

| Recommendation For Award<br>(LPD #0411-86) | Honor [ ]  Valor [ ]<br>Merit [X]  Commendation [ ]  Other [ ] | Control No |
|---|---|---|
| TO: Colonel E. Douglas Hamilton<br>CHIEF OF POLICE<br>LOU. DIV. OF POLICE | THROUGH: 12/29/94<br>Captain David Lyons<br>Fifth District Commander | FROM:<br>Lt. Charles N. Hickman<br>Platoon Commander |

### I. PERSONAL DATA

| NAME (LAST, FIRST, MI): Corder, Matthew B. | RANK: Officer | PRESENT ASSIGNMENT: Fifth District |
|---|---|---|
| RECOMMENDED AWARD: Exceptional Merit | | |
| POSTHUMOUS AWARD:<br>( ) YES   (X) NO | DATE AND PLACE OF DEATH: | |

### II. RECOMMENDATION FOR AWARD OF MERIT/COMMENDATION/OTHER

| DATE(S) FOR WHICH RECOMMENDED:<br>October 30, 1994 | UNIT/ASSIGNMENT AT TIME OF NOMINATION: Fifth District |
|---|---|

### III. RECOMMENDATION FOR AWARD OF HONOR/VALOR CONDITIONS UNDER WHICH ACT WAS PERFORMED

| LOCATION(S): | TIME: | DATE: |
|---|---|---|
| ACTION PRIOR TO INCIDENT: | [ ] ON-DUTY | [ ] OFF-DUTY |

### IV. NARRATIVE (Include Attachments)

Describe the individual's performance or action(s) below:

(See Attachments)

### V. AWARD COMMITTEE ACTION

| DATE OF ACTION: | [ ] APPROVED<br>[ ] AMMENDED | AWARD OR ACTION IN LIEU OF RECOMMENDATION: |
|---|---|---|
| REASON FOR AMENDMENT: | | |

### VI. TRANSMITTAL SECTION

| COPIES TO: DISTRICT/BUREAU FILE<br>CHIEF'S OFFICE<br>AWARDS COMMITTEE<br>PERSONNEL FILE | SIGNATURE OF NOMINATING PERSON:<br>Lt. Charles N. Hickman<br>DATE/TIME OF SUBMISSION: December 28, 1994 |
|---|---|

Corder001397

# MEMORANDUM

CITY OF LOUISVILLE

**TO:** Detective Matt Corder
C.A.C.U.

**FROM:** Colonel Bridget Skaggs
Acting Chief of Police

**DATE:** January 22, 2001

**RE:** Letter of Appreciation

**Detective Corder:**

Recently, I received a letter commending the personnel that were assigned to the First District, First Platoon during 2000 for their professionalism and outstanding performance during the year. As a result of your efforts and dedication, you have been nominated for a departmental "Meritorious Unit Citation" award.

I appreciate your willingness to put extra effort in doing your job. You have helped to showcase the professionalism and dedication of the Division of Police.

BS/rkg

CC: Commanding Officer
Personnel Bureau
Awards Committee

Printed on Recycled Paper

Corder001436

| Recommendation For Award (LPD #0411-92) | Honor [ ] | Valor [ ] | Control No. |
|---|---|---|---|
| | Merit [xxx] | Commendation [ ] Other [ ] | |

TO: Colonel Greg Smith
CHIEF OF POLICE
LOUISVILLE DIV. OF POLICE

Through: Major Michael Dossett

From: Lt. David Ray
Sgt. Denny Alfred

### I. PERSONAL DATA

| NAME (LAST, FIRST, MI): First Platoon, First District | RANK: | PRESENT ASSIGNMENT: |
|---|---|---|

RECOMMENDED AWARD: Meritorious Unit Citation

POSTHUMOUS AWARD: ( ) YES  (x) NO

DATE AND PLACE OF DEATH:

### II. RECOMMENDATION FOR AWARD OF MERIT/COMMENDATION/OTHER

DATES FOR WHICH RECOMMENDED: January 1, 2000 through December 31, 2000

UNIT/ASSIGNMENT AT TIME OF NOMINATION:

### III. RECOMMENDATION FOR AWARD OF HONOR/VALOR CONDITIONS UNDER WHICH ACT WAS PERFORMED

...ON PRIOR TO INCIDENT:

[✓] ON-DUTY   [ ] OFF-DUTY

### IV. NARRATIVE (INCLUDE ATTACHMENTS)

DESCRIBE THE INDIVIDUAL'S PERFORMANCE OF ACTION(S) BELOW:

See Attached Letter

### V. AWARD COMMITTEE ACTION

DATE OF ACTION:  [ ] APPROVED  [ ] AMENDED

AWARD OR ACTION IN LIEU OF RECOMMENDATION:

REASON FOR AMENDMENT:

### VI. TRANSMITTAL SECTION

COPIES TO: DISTRICT/BUREAU FILE
CHIEF'S OFFICE
AWARDS COMMITTEE
PERSONNEL FILE

SIGNATURE OF NOMINATING PERSON: *Lt. David P. Ray / Denny Alfred*

DATE/TIME OF SUBMISSION: 12/31/00 0800

Corder001437