## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## AT LOUISVILLE
### (Filed Electronically)

**CRIMINAL NO. 3:15CR-141-DJH**
**UNITED STATES OF AMERICA,**                                   **PLAINTIFF,**

vs.

**MATTHEW B. CORDER,**                                          **DEFENDANT.**

### NOTICE OF APPEAL

Notice is hereby given that Matthew B. Corder, the defendant in the above-referenced matter, hereby appeals to the United States Court of Appeals for the Sixth Circuit from the judgment and sentence entered herein on October 20, 2016.

> /s/ Donald J. Meier
> Assistant Federal Defender
> 200 Theatre Building
> 629 Fourth Avenue
> Louisville, Kentucky 40202
> (502) 584-0525
>
> Counsel for Defendant.

Office of the
Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808

**CERTIFICATE**

      I hereby certify that on October 24, 2016, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following: Amanda Gregory, Assistant United States Attorney.

/s/ Donald J. Meier

Office of the
Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808