UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
(Filed Electronically)

CRIMINAL ACTION NO.: 3:15CR-141-DJH
UNITED STATES OF AMERICA,                                                                PLAINTIFF,

vs.

MATTHEW B. CORDER,                                                                       DEFENDANT.

**MOTION FOR BOND PENDING APPEAL**

Comes the defendant, Matthew B. Corder, by counsel, pursuant to 18 U.S.C. § 3143(b)(1), and hereby moves this Court for an Order allowing him to remain free from detention pending the appeal of his conviction to the Sixth Circuit Court of Appeals.  As grounds for said motion, the defendant submits the following:

Defendant was indicted in December of 2015 with two counts of deprivation of rights under color of law (one felony and one misdemeanor) under 18 U.S.C. § 242.  The charged crimes occurred in October, 2014.

Mr. Corder was found guilty after a jury trial which took place from July 18th-22nd, 2016. During the course of the trial, there were a number of issues that were vigorously contested, but which resulted in rulings adverse to the defense.  These included rulings regarding the instructions given to the jury, the redaction of the stipulation of probable cause from the state court order dismissing the charges against D.B., and the denial of Mr. Corder's right to assert the 5th Amendment in response to questioning regarding evidence admitted under Fed. Rule Evid., Rule 608 (b).  At sentencing, on October 17, 2016, Mr. Corder was sentenced to 27 months

Office of the
Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808

imprisonment. Mr. Corder has filed a notice of appeal with the Sixth Circuit Court of Appeals.

Mr. Corder first appeared in court in December of 2015. He has remained free on a personal recognizance bond since his initial appearance and without incident  He has appeared in Court for numerous proceedings, including the trial and sentencing, and met and cooperated with his defense team throughout that time.  He has been allowed to self report to begin the service of his sentence.

Release pending appeal in this case is governed by 18 U.S.C. § 3143(b)(1) which provides as follows:

> (b) Release or detention pending appeal by the defendant.--
>
> (1) Except as provided in paragraph (2), the judicial officer shall order that a person who has been found guilty of an offense and sentenced to a term of imprisonment, and who has filed an appeal or a petition for a writ of certiorari, be detained, unless the judicial officer finds--
>
> (A) by clear and convincing evidence that the person is not likely to flee or pose a danger to the safety of any other person or the community if released under section 3142(b) or (c) of this title;  and
>
> (B) that the appeal is not for the purpose of delay and raises a substantial question of law or fact likely to result in--
>
> (i) reversal,
> (ii) an order for a new trial,
> (iii) a sentence that does not include a term of imprisonment, or
> (iv) a reduced sentence to a term of imprisonment less than the total of the time already served plus the expected duration of the appeal process.
>
> If the judicial officer makes such findings, such judicial officer shall order the release of the person in accordance with section 3142(b) or (c) of this title, except that in the circumstance described in subparagraph (B)(iv) of this paragraph, the judicial officer shall order the detention terminated at the expiration of the likely reduced sentence.

This court must first find by clear and convincing evidence that Mr. Corder is not likely to flee or pose a danger to the safety of any other person or the community if released.  As noted, Mr. Corder was on pre-trial release for nearly a year without incident.  He has no criminal history.  The

Office of the
Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808

Court also allowed him to voluntarily surrender to the Bureau of Prisons for the imposed sentence, without objection from the government. This implicitly includes a finding under 18 U.S.C. §3143(a) that he is not a danger or a flight risk . Additionally, Mr. Corder has stayed in contact with the undersigned about his case since the date of sentencing..

The next factor for the Court to consider is whether the appeal at issue is for the purpose of delay. Mr. Corder asserts to this Court that the appeal is not for the purpose of delay as numerous issues will be raised in the appeal which the defense believes will affect the outcome of his case. Mr. Corder has specifically asked defense counsel to raise the following issues on appeal[1]:

   1. The jury instructions regarding the law as it relates to exceptions to the warrant requirement, and the Kentucky offense of Disorderly Conduct (See, DN 44).;

   2. The redaction of the stipulation of probable cause for the arrest of D.B., which was originally part of the state court order dismissing the case against D.B.;

   3. The denial by this Court of Mr. Corder's right to assert the Fifth Amendment, and refuse to answer questions relating to prior unrelated conduct under Fed. Rule of Evid. 608;

   4. The Court denying the defendant's request for a non-guideline sentence.

The Court must next decide whether its evidentiary and substantive rulings pose substantial questions of law or fact which are likely to be reversed on appeal.  This is a two part analysis which first involves a determination that the questions are substantial, and second, whether the questions are "so integral to the merits of the conviction . . . that a contrary appellate holding is likely to require reversal . . . or a new trial." *United States v. Henson*, 663 F.Supp. 112 (W.D.Ky. 1987)(citing *United States v. Miller*, 753 F.2d 19, 23 (3d Cir. 1985).  A "substantial question" has been defined as either a novel question, one that has not been decided by controlling precedent, or one which is fairly doubtful. *Id.* at 113 (citing *Miller*, 753 F.2d at 23).

---

[1] After review, there may be other issues raised as well

Office of the
Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808

3

The defendant asserts that issues outlined above meet the legal standards outlined in that they constitute substantial questions of law likely to result in a reversal. The defense respectfully requests a hearing on this pleading at which time, the defense will further elaborate on these issues.

## CONCLUSION

In conclusion, the defense submits that all concerns addressed in 18 U.S.C. § 3143(b)(1) have been met. Mr. Corder is not a flight risk or a danger to any one in the community. He has been released on bond for nearly a year. He even continued to work as a police officer for over six months after the incident, and before he was charged. Never has he posed a risk to violate the conditions of his bond. Clearly, even since his conviction, he has had ample opportunity to flee the jurisdiction. Similarly, he has clearly also demonstrated that he is not a risk to anyone within the community. Further, the defense has presented a number of significant legal issues that, if sustained, likely will result in a reversal of Mr. Corder's conviction, or a new trial.

**WHEREFORE** the defense moves the court to conduct a hearing on this pleading and allow Mr. Corder be released on bond pending the outcome of his appeal.

/s/ Donald J. Meier
Assistant Federal Defender
629 Fourth Avenue
200 Theatre Building
Louisville, Kentucky 40202
(502) 584-0525

Counsel for Defendant.

Office of the
Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808

4

**CERTIFICATE**

      I hereby certify that on October 24, 2016, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following: Amanda Gregory and Christopher Perras, Assistant United States Attorneys.

/s/ Donald J. Meier

Office of the
Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808