UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
(*Filed electronically*)

CRIMINAL NO. 3:15-CR-141-DJH
UNITED STATES OF AMERICA, PLAINTIFF,

vs.

MATTHEW B. CORDER DEFENDANT.

## MOTION TO ALLOW DEFENDANT TO SELF REPORT
## NO SOONER THAN JANUARY 2017

Comes the defendant, Matthew B. Corder, by counsel, and moves this Court to order that the Bureau of Prisons order Mr. Corder to report to begin service of his sentence on a date subsequent to January 2, 2017. Mr. Corder has already been allowed to self report in the judgment dated October 17, 2016, and entered on October 19, 2016. (See, DN 71).

He is requesting this so that he may spend the holidays with his family. The government had no position on this motion when it was made orally at the sentencing hearing.

/s Donald J. Meier
Assistant Federal Defender
629 South Fourth Avenue
200 Theatre Building
Louisville, Kentucky 40202
(502) 584-0525

Counsel for Defendant

Office of the
Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808

1

## CERTIFICATE

I hereby certify that on October 24, 2016, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following: Amanda Gregory and Christopher J. Perras, Assistant United States Attorneys.

/s/ Donald J. Meier

Office of the
Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808

2