UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
(*Filed electronically*)

**CRIMINAL NO. 3:15-CR-141-DJH**
**UNITED STATES OF AMERICA,**                                       **PLAINTIFF,**

**vs.**

**MATTHEW B. CORDER**                                                **DEFENDANT.**

### ORDER

Motion having been made, and this Court being otherwise sufficiently advised;

**IT IS HEREBY ORDERED** that the defendant, Matthew B. Corder, be allowed to self report to begin service of the sentence imposed in this case no sooner than January 2, 2017.

Office of the
Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808