UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                                                                  CRIMINAL ACTION NO. 3:15-CR-141-DJH

MATTHEW B. CORDER                                                                           DEFENDANT

## ORDER

## ELECTRONICALLY FILED

Motion for Bond Pending Appeal having been made by defendant, the United States having responded thereto, and the Court being sufficiently advised,

IT IS HEREBY ORDERED that Defendant's motion be, and hereby is, DENIED.

cc:   U.S. Attorney
      Counsel of Record