UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

**UNITED STATES OF AMERICA**                                                **PLAINTIFF**

**v.**                                           **CRIMINAL ACTION NO. 3:15-CR-141-DJH**

**MATTHEW B. CORDER**                                             **DEFENDANT**

### UNITED STATES' RESPONSE TO DEFENDANT'S MOTION TO ALLOW DEFENDANT TO SELF REPORT NO SOONER THAN JANUARY 2017

ELECTRONICALLY FILED

Comes the United States of America, by undersigned counsel, and states that the United States defers to the Court on Defendant's Motion to Allow Defendant to Self Report No Sooner than January 2017, filed on October 24, 2016. (DN 75.)

                                                       Respectfully submitted,

                                                       VANITA GUPTA
                                                       PRINCIPAL DEPUTY ASSISTANT
                                                       ATTORNEY GENERAL
                                                       CIVIL RIGHTS DIVISION
                                                       U.S. DEPARTMENT OF JUSTICE

                                                       Christopher J. Perras
                                                       Trial Attorney
                                                       Civil Rights Division
                                                       U.S. Department of Justice

                                                       JOHN E. KUHN, JR.
                                                       UNITED STATES ATTORNEY

                                                       *s/ Amanda E. Gregory*
                                                       Amanda E. Gregory
                                                       Assistant United States Attorney
                                                       717 West Broadway
                                                       Louisville, Kentucky 40202
                                                       (502) 582-5016 (Tel.)
                                                       (502) 582-5067 (Fax)

## CERTIFICATE OF SERVICE

      I hereby certify that on November 10, 2016, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to defense counsel.

                                          *s/ Amanda E. Gregory*
                                          Amanda E. Gregory
                                          Assistant U.S. Attorney