UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,     Plaintiff,

v.     Criminal Action No. 3:15-cr-141-DJH

MATTHEW B. CORDER,     Defendant.

\* \* \* \* \*

## ORDER

Defendant Matthew Corder filed a motion to self-report no sooner than January 2017 so that he could spend the holidays with his family. (D.N. 75) The United States does not object to this request, (D.N. 77) and the United States Probation Office reports that Corder has had no infractions while released on bond.[1] The Court will grant the motion in part, and allow the defendant to report no sooner than December 28, 2016.

Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** as follows:

(1) The defendant's motion to self-report no sooner than January 2017 (D.N. 75) is **GRANTED in part**.

(2) The Bureau of Prisons shall **withdraw** the order for Defendant to self-report on November 22, 2016, and shall **reissue** an order to self-report no earlier than **December 28, 2016**.

(3) The original conditions of release as communicated to the defendant by the United States Probation Office are to remain in place, as modified: (a) the defendant shall report as directed by the United States Probation Office; and (b) the defendant shall not possess, nor shall his residence contain, any firearms or other dangerous weapons.

---

[1] The Defendant has informed the Court of a November 22, 2016 report date.

1

2

CC:   USPO
      USMS

November 18, 2016

**David J. Hale, Judge**
**United States District Court**

2