UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE

**AFFIDAVIT OF SPECIAL AGENT PAUL SPARKE**

1. I am a special agent of the Federal Bureau of Investigation (FBI) assigned to the Louisville, Kentucky office. During the course of my employment at the FBI, I was the lead agent in an investigation of the Defendant, Matthew Corder.

2. I interviewed the victim, D.B., in connection with this case on September 15, 2015. During that interview D.B. explained that he was having difficulty finding a job, which attributed to his arrest record resulting from his arrest by Corder. D.B. stated that he had been borrowing money from his father to try and make ends meet. He also told me that he was unable to pay his rent and had received an eviction notice from the property management office at his mobile home park.

3. On November 14, 2016, I spoke with Martha Knox, Bullitt County Jailer, over the phone. She informed me that, according to Bullitt County records, D.B. had $46.43 on his person at the time of his booking into the jail. She also told me that, as a matter of policy, the jail would have kept at least $25.00 of that cash to pay for processing and that the rest would have been place on D.B.'s "books" at the jail.

_____          1/4/2017
Paul Sparke                        Date
Special Agent, Federal Bureau of Investigation