

G&C COMMUNICATIONS

2706 South Park Road
Louisville, KY 40219
502-969-6019

December 13, 2016

Dear Corinne Keel,

Mr. D.B. was employed with G&C Communications from 9/26/2014 to 5/27/2015. Mr. D.B. was employed as a cable technician and trained from 9/26/2014 to 10/23/2014. Mr. D.B. was arrested and had pending charges against him which disqualified him from employment until the pending charges were final. Mr. D.B. was absent from 10/24/2014 to 3/13/2015 due to his pending charges. Mr. D.B. was deemed qualified to work effective 3/13/2015. Mr. D.B. was an hourly employee based on $8/hr with bonuses based on performance. Please see attached spreadsheet.

Please contact my office if you need any additional information.

Sincerely

Brian K. Wallace
President

1:29 PM
12/13/16
Accrual Basis

## BKW G & C Communications, Inc.
## Employee QuickReport
All Transactions

| Type | Date | Num | Memo | Account | Clr | Amount |
|---|---|---|---|---|---|---|
| Check | 10/07/2014 | 54075 | | Branch Banking & Trust | | 160.00 |
| Check | 10/14/2014 | 54144 | | Branch Banking & Trust | | 226.00 |
| Paycheck | 10/21/2014 | 54187 | | Branch Banking & Trust | | 316.44 |
| Paycheck | 10/28/2014 | 54253 | | Branch Banking & Trust | | 284.48 |
| Paycheck | 11/04/2014 | 54320 | | Branch Banking & Trust | | 218.51 |
| Check | 03/25/2015 | 244.00 | | Branch Banking & Trust | | 244.00 |
| Paycheck | 04/01/2015 | 56067 | | Branch Banking & Trust | | 139.75 |
| Paycheck | 04/08/2015 | 56148 | | Branch Banking & Trust | | 220.35 |
| Paycheck | 04/15/2015 | 56224 | | Branch Banking & Trust | | 274.50 |
| Paycheck | 04/22/2015 | 56316 | | Branch Banking & Trust | | 260.64 |
| Paycheck | 04/29/2015 | 56391 | | Branch Banking & Trust | | 417.26 |
| Paycheck | 05/05/2015 | 56474 | | Branch Banking & Trust | | 431.98 |
| Paycheck | 05/13/2015 | 56549 | | Branch Banking & Trust | | 332.51 |
| Paycheck | 05/19/2015 | 56631 | | Branch Banking & Trust | | 465.47 |
| Paycheck | 05/27/2015 | 56705 | | Branch Banking & Trust | | 364.32 |
| Paycheck | 06/02/2015 | 56783 | | Branch Banking & Trust | | 178.25 |
| Check | 06/10/2015 | 56822 | | Branch Banking & Trust | | 222.81 |
| Paycheck | 06/11/2015 | 56859 | | Branch Banking & Trust | | 239.48 |
| Total | | | | | | 4,996.75 |

D.B.

D.B.