12/29/2016

KSN - View Order History for    D.B.

| Branch | Customer | Site Name | Sub | Status | Job | Pay | QC | Return | Start | End | Close Reason |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2810 | FANATICS LLC | Fanatics LLC | N | Closed | LH20 | 10.5 | 3 3 3 3 | Yes | 02-Dec-2014 | 04-Feb-2015 | Completed Assignment |

```
SARPAGE 347662
PYMB1611
BRCH  SOC. SEC.     ORDER  SCH  WEEK PC  REGULAR  PREMIUM  KELLY SERVICES INCORPORATED
NUM   NUMBER    TSC NO.    CDE  ENDING   HOURS    HOURS    GROSS    W/H                                              A   PAGE 47662
                                                           PAY      TAX      FICA    STATE    CITY    OTHER    MISC.    NET
                                                                                     TAX      TAX     TAX      DEDUCTION PAY
PYMB1611
INDUSTRIAL DIV.                                      KELLY SERVICES INCORPORATED
                                            EMPLOYEE EARNINGS LIST THRU DECEMBER 2014                            PAGE 47662
                                                                                                                 12/27/14
BRCH  SOC. SEC.     ORDER  SCH  WEEK PC  REGULAR  PREMIUM  GROSS    W/H                                              A
NUM   NUMBER    TSC NO.    CDE  ENDING   HOURS    HOURS    PAY      TAX      FICA    STATE    CITY    OTHER    MISC.    NET
                                                                                     TAX      TAX     TAX      DEDUCTION PAY

      D.B.
2810  SSN         A5836          12/20   40.00    30.41    941.77   144.94    72.05   48.41   13.66                     662.71
2810              A5836          12/13   40.00    28.58    911.57   137.39    69.74   46.66   13.22                     644.56
2810              A5836          12/06   40.00     8.42    578.93    71.62    44.28   27.36    8.39                     427.28
      DECEMBER TOTALS    - -  -         120.00    67.41   2432.27   353.95   186.07  122.43   35.27                    1734.55
                         - -  -         120.00    67.41   2432.27   353.95   186.07  122.43   35.27                    1734.55
```

```
SARPAGE 580103
PYMB1611
BRCH  SOC. SEC.        ORDER  SCH  WEEK PC                KELLY SERVICES INCORPORATED                                      PAGE 80103
NUM   NUMBER     TSC   NO.    CDE  ENDING  REGULAR  PREMIUM  GROSS    W/H                      STATE   CITY   OTHER   A  MISC.        NET
                                           HOURS    HOURS    PAY      TAX      FICA             TAX    TAX    TAX        DEDUCTION    PAY
PYMB1611
INDUSTRIAL DIV.                                   KELLY SERVICES INCORPORATED                                              PAGE 80103
                                           EMPLOYEE EARNINGS LIST THRU DECEMBER 2015                                       01/01/16
BRCH  SOC. SEC.        ORDER  SCH  WEEK PC
NUM   NUMBER     TSC   NO.    CDE  ENDING  REGULAR  PREMIUM  GROSS    W/H                      STATE   CITY   OTHER   A  MISC.        NET
                                           HOURS    HOURS    PAY      TAX      FICA             TAX    TAX    TAX        DEDUCTION    PAY

      D.B.
2810  SSN              A5836       02/07   23.33              244.97   21.24    18.74           7.95    3.55                          193.49
2810                   A5836       01/31   24.31              255.26   22.78    19.52           8.55    3.70                          200.71
      FEBRUARY TOTALS   -     -     -      47.64              500.23   44.02    38.26          16.50    7.25                          394.20
2810                   A5836       01/24   32.31              339.26   35.38    25.96          13.42    4.92                          259.58
2810                   A5836       01/17   28.29              297.05   29.05    22.72          10.97    4.31                          230.00
2810  SSN              A5836       01/10   32.35              339.68   35.45    25.99          13.44    4.93                          259.87
2810                   A5836       01/03   33.66              353.43   37.51    27.04          14.24    5.12                          269.52
2810                   A5836       12/27   40.00    .12       441.98   50.79    33.81          19.37    6.41                          331.60
      JANUARY TOTALS    -     -     -     166.61    .12      1771.40  188.18   135.52          71.44   25.69                         1350.57
                                          214.25    .12      2271.63  232.20   173.78          87.94   32.94                         1744.77
```