```
                              WAGE FILE DATA                       12/21/16
    SOCIAL SECURITY NUMBER:        SSN

    EMPLOYEE                  EMPLOYER          QTR/      WAGES      TYPE
      NAME       KEIN/CKDT      NAME            YEAR                         VOID

      D.B.                   AEROTEK INC          3 16        142.12    00    A
      D.B.                   BOYLES GALVANIZING C 1 16      2,617.50    00    A
      D.B.                   MISA METAL FABRICATI 3 15      2,474.60    00    A
      D.B.                   KELLY SERVICES INC   1 15      2,271.63    00    A
      D.B.                   KELLY SERVICES INC   4 14      2,432.27    00    A
      D.B.                   G & C COMMUNICATIONS 2 15      4,884.00    00    A
      D.B.                   G & C COMMUNICATIONS 4 14      1,305.00    00    A
      D.B.                   SABERT CORPORATION   3 14      9,697.87    00    A
      D.B.      Tax Numbers  SABERT CORPORATION   2 14      7,812.79    00    A
      D.B.                   SABERT CORPORATION   1 14     10,275.09    00    A
      D.B.                   SABERT CORPORATION   4 13      8,112.15    00    A
      D.B.                   SABERT CORPORATION   3 13     10,163.71    00    A
      D.B.                   SABERT CORPORATION   2 13      7,133.56    00    A
      D.B.                   SABERT CORPORATION   1 13      8,986.19    00    A
      D.B.                   SABERT CORPORATION   4 12      6,684.63    00    A
      D.B.                   SABERT CORPORATION   3 12      7,934.61    00    A
      D.B.                   SABERT CORPORATION   2 12      6,913.09    00    A
    SOCIAL SECURITY NUMBER:
```