**Augusta Home Sales**
467 Erlanger Road
Erlanger, KY 41018
859-342-5111

| BUYER | D.B. | | Phone | DATE 7/20/13 |
|---|---|---|---|---|
| ADDRESS | Address | | Louisville KY 40258 | SALESPERSON Kristee Fuhrman |
| DELIVERY ADDRESS | Address | | Louisville KY 40229 | |

| MAKE & MODEL | Eagle | | BEDROOMS 2 | FLOOR SIZE 65 w14 L | HITCH SIZE | STOCK NUMBER |
|---|---|---|---|---|---|---|
| SERIAL NUMBER | ALE611433483 | ☐ NEW ☑ USED | COLOR Tan | PROPOSED DELIVERY DATE | KEY NUMBERS |

| LOCATION | R-VALUE | THICKNESS | TYPE OF INSULATION |
|---|---|---|---|
| CEILING | | | |
| EXTERIOR | | | |
| FLOORS | | | |

THIS INSULATION INFORMATION WAS FURNISHED BY THE MANUFACTURER AND IS DISCLOSED IN COMPLIANCE WITH THE FEDERAL TRADE COMMISSION RULE 16CFR, SECTION 460.16.

**OPTIONAL EQUIPMENT, LABOR AND ACCESSORIES**

Home is sold as-is, where is with no warranty expressed or implied. Seller assumes no responsibility for repairs or upgrades to the home. Home does include new front door, Kool-Seal on roof, and shed.

| | |
|---|---|
| BASE PRICE OF UNIT | $ 4500 |
| OPTIONAL EQUIPMENT | |
| SUB-TOTAL | $ |
| SALES TAX | |
| NON-TAXABLE ITEMS | |
| VARIOUS FEES AND INSURANCE | |
| CASH PURCHASE PRICE | $ |
| TRADE-IN ALLOWANCE | $ |
| LESS BAL. DUE on above | $ |
| NET ALLOWANCE | $ |
| CASH DOWN PAYMENT | $ |
| CASH AS AGREED - See Remarks | $ |
| LESS TOTAL CREDITS | $ |
| SUB-TOTAL | $ |
| SALES TAX (If Not Included Above) | |
| UNPAID BALANCE OF CASH SALE PRICE | $ |

REMARKS: Pd. Cash

Wheels, axles, lights, coupling and drawbar used in transport the purchased unit are not included in the sale of the purchased unit and shall remain the property of the Dealer unless otherwise stated in the agreement as agreed to by the parties or otherwise disclosed as required by federal, state or local law or rule.

BALANCE CARRIED TO OPTIONAL EQUIPMENT   $

| DESCRIPTION OF TRADE-IN | | MAKE | | MODEL | | YEAR |
|---|---|---|---|---|---|---|
| FACTOR | BEDROOMS | SIZE | TITLE NO. | | SERIAL NO. | |
| ANY OTHER OWINGS | TO WHOM | | | | | |

ANY DEBT BUYER OWES ON TRADE-IN IS TO BE PAID BY ☐ DEALER ☐ BUYER

Buyer is purchasing the above described manufactured home, the optional equipment and accessories. The insurance has been voluntary, the Buyer's trade-in is free from all claims whatsoever, except as noted.

THE REVERSE SIDE of this agreement contains ADDITIONAL TERMS AND CONDITIONS, including, but not limited to, provisions regarding WARRANTY, EXCLUSIONS AND LIMITATIONS OF DAMAGES.

Dealer and Buyer acknowledge and certify that such (the) additional terms and conditions printed on the other side of this agreement are agreed to as part of this agreement, the same as if printed above the signatures.

The agreement contains the entire agreement between the Dealer and Buyer and no other representation or inducement, verbal or written, has been made which is not contained in this agreement. Buyer(s) acknowledge receipt of a copy of this agreement (order) and that Buyer(s) have read and understand the back of this agreement.

Augusta Home Sales   DEALER   SIGNED X ,   D.B.   By

By Kristee Fuhrman

FORM 500

ORIGINAL