## MANUFACTURED HOME COMMUNITY LEASE
## "WHISPERING OAKS POINTE"
### By SOUTH LOUIS MHP, LLC

**INTRODUCTION AND FEES:**

Name of Resident(s): D.B. & _____

ATTACHED AS EXHIBIT "C" IS LISTING OF ALL HOUSEHOLD MEMBERS PERMITTED TO OCCUPY THE PREMISES ON A REGULAR BASIS. IT IS RESIDENT'S RESPONSIBILITY TO IMMEDIATELY NOTIFY MANAGEMENT OF ANY CHANGES TO THIS LIST. IT IS A VIOLATION OF THIS LEASE TO PERMIT PEOPLE OTHER THAN THOSE SET FORTH IN EXHIBIT "C" TO DWELL, OCCUPY, OR OTHERWISE STAY OVER NIGHT AT THE DEMISED PREMISES. MANAGEMENT RESERVES THE RIGHT TO TERMINATE THIS LEASE UPON BEING ADVISED THAT THIS PROVISION HAS BEEN VIOLATED.

ADDRESS: 313 Bamcks #140
Louisville, KY 40229

AMOUNT OF SECURITY DEPOSIT $310.00 + 10.00 key deposit paid on date 7/20/13

DATE OF LEASE: July 20th 2013

**MONTHLY RENTAL - $310.00 PLUS WATER, SEWER, TRASH:
DUE 1ST OF MONTH. DJB (initial)**

**1st LATE CHARGE - $40.00 IF MONTHLY RENTAL NOT PAID BY 5TH OF MONTH
2nd LATE CHARGE -$40.00 IF MONTHLY RENTAL NOT PAID BY 15TH OF MONTH**

VIOLATION OF RULES AND REGULATION FEE: Management, in its sole discretion, may in lieu of termination of lease, assess a fee against resident for violation of any term or condition set forth in this lease or its rules and regulations as may be from time to time adopted. This fee shall be $50.00 per occurrence and shall be due and payable as additional rent at the time of the next regular rent payment. Exercise of OWNER/Manager's discretion to assess a fee against resident for violation of the lease in lieu of termination does not waive the right of management to terminate or stop management from terminating the lease in any way. BY WAY OF EXAMPLE: If the resident permits a pet to run free, in violation of the Community's rules and regulation, management may assess an additional fee of $50.00, to be paid with your next month's rent, or management may deem this grounds for termination of the lease and give you notice of termination.

THIS AGREEMENT made the date set forth above and designated as Date of Lease by and between South Louis MHP, LLC, having its principal place of business situated in Bullitt County, State of Kentucky and hereafter referred to as "OWNER/MANAGER", and the named resident(s) hereinafter referred to as "RESIDENT".

That said OWNER/MANAGER in consideration of the Covenants of this Agreement and pursuant to the Rules and Regulations incorporated herein by reference, hereby leases to RESIDENT a certain manufactured home site/lot that lot is situated upon said real estate located in Bullitt County, State of Kentucky, and more particularly described as set forth above.

RESIDENT to have and to hold the same from the Date of the Lease, and each month thereafter that the RESIDENT complies with the covenants and considerations set forth herein until termination of this Agreement by expiration of its term or as otherwise provided herein, in consideration of OWNER/MANAGER agreeing to accept this lease, RESIDENT agrees as follows:

2

## I. RENT

A. RESIDENT agrees to pay the OWNER/MANAGER upon the execution of this Agreement and on or before the FIRST day of each succeeding month the Monthly Rental Amount as set forth above, which payments shall be the monthly rental payment due and payable in advance. Such payments shall be made in the office of the OWNER/MANAGER or at such other places that may be designated from time to time in writing by OWNER/MANAGER.

B. In addition to any rent that is due as described in sub-paragraph A above, there shall be assessed a late charge of $40.00 in the event that the RESIDENT should fail to pay the rent by the FIFTH day of any given month. In addition, the resident shall be assessed an additional late charge of $40.00 in the event that the RESIDENT should fail to pay the Monthly Rental by the FIFTEENTH of any given month. No extra time will be given if the FIFTH or FIFTEENTH of the month falls on a holiday or weekend.

C. Any monies paid following any period that a delinquency as described in sub-paragraph B above exists shall be applied by OWNER/MANAGER to first reduce any delinquency or arrearage.

D. Residents shall receive thirty (30) days advanced notice of all proposed rent increases.

E. Rent will commence the day that the home enters the community, not when installation is complete. Residents will be responsible for a prorated amount from that day until the end of the month.

F. While rent is prorated at move in, it will NOT be prorated on move out. All home sites are rented for a full month with payment due in advance. Any decision to move prior to the end of the month is that of the resident, and no rent will be refunded for this early departure.

G. OWNER/MANAGER shall have the right to pass on to the residents, without notice, any increase received by OWNER/MANAGER, including all unforeseen or unpredictable increases in expenses directly related to the operation of the community, which expenses shall include, but not be limited to, water, sewage, electric, waste removal, state or local assessments and real estate taxes for which the owner is not provided at least one year's notice prior to increase.

## II. TERM

The term of this agreement shall be from month to month, commencing on the Date of Lease, or as otherwise indicated above, unless sooner terminated as herein provided.

## III. SECURITY DEPOSIT

A security deposit in the amount set forth above is due and payable at the time the rental agreement is signed. This money is to be held to satisfy any claim for the damage to the property or the removal of any litter left at the time of move-out or for any damage or loss sustained as a result of a breach or default by the resident, or for repair or replacement, or re-seeding, or to cover any other damage caused by RESIDENT or their agent, including movers hired by RESIDENT.

## IV. INSURANCE REQUIREMENTS:

Resident is required to maintain their own liability insurance policy for conduct, acts and omissions that shall occur upon the resident's premises. This insurance shall be for the joint benefit of the resident and the Community and the Community is required to be reflected as a joint insured. The amount of insurance shall be a minimum of $100,000 per person, $300,000 per occurrence. Resident shall provide to Community proof of insurance at time of moving into Community.

Resident shall carry their own contents insurance and homeowners policy. The Community does not maintain insurance coverage of any type for the benefit of resident.

## V. TERMINATION OF LEASE

This lease may be terminated as follows:

A. The RESIDENT may terminate this Lease Agreement by giving OWNER/MANAGER 30 days' written notice prior to the time of the RESIDENT'S departure.

B. The OWNER/MANAGER may terminate this lease by giving RESIDENT thirty (30) days' written notice, or such other notice as may be required by any applicable law.

C.  If the RESIDENT shall not depart the premises after 30 days' written notice, RESIDENT shall be deemed to be holding over against the OWNER/MANAGER and the RESIDENT shall be liable for all legal costs and expenses, including attorney fees occasioned by RESIDENT'S refusal to depart. Upon removal of the RESIDENT'S manufactured home from the above-prescribed leased premises, any items left on the above-described leased property shall, after 30 days, become the property of the OWNER/MANAGER.

## VI. VACATING

Your manufactured home community is planned for permanent residence, but if you must leave, it will require thirty (30) days notice or your security deposit is forfeited. The resident and the mover must notify the Manager at least forty-eight (48) hours prior to the manufactured home arriving in the Community. It is also up to the Resident to get a moving permit from the appropriate governmental office(s) signifying that all property taxes have been paid on the home for the current year, and to permit the moving of the home; and to pay any back rent due before a home can be moved. Proof of payment of all utilities bills will be required prior to refund of any security deposit. Any unpaid utility bill may be deducted from the security deposit. In the event that the security deposit is insufficient to pay all required obligations of the resident, the resident shall remain obligated to the Community for such amounts. Additionally, any items left on the lot or in the home after the resident vacates or abandons the premises shall be stored at the resident's expense no longer than thirty (30) days. After such time, the manager shall dispose of said property by whatever manner he chooses.

Any mover of the home must be insured for the benefit of the Community to cover any and all damages caused by a mover in vacating or moving into the Community. Any damages caused by the mover to Community property or the home site, shall be deducted from the security deposit prior to return of same to resident. Any damages not covered by the security deposit or insurance shall remain the obligation of the resident.

## VII. TRANSFER, SUBLETTING AND RENTING

A.  Since your home site is rented to you as an individual, it is not transferable to another party. There shall be no assignment, transfer, lease, sublease or renting of your home. Any individual desiring to reside in your home must fill out a new application that in turn must be approved by management.
B.  Manufactured homes that have been sold on a rented site must be moved off the site at time of sale unless the purchaser thereof applies for his own rental agreement and is granted same by the OWNER/MANAGER. No commercial activity will be allowed, nor will any manufactured home be used for illegal or immoral purposes.
C.  The management specifically reserves the right to approve or reject all applications for this community; however, no considerations shall be based on race, color, creed, ethnic origin, familial status, age, gender or sexual orientation.

## VIII. CONDITIONS FOR HOME SELLING

A.  No home, which is located in the Community, will be allowed to remain on the premises if ownership is transferred and the home was manufactured more than fifteen (15) years prior to the transfer.
B.  Any person wishing to sell their home and have it remain in the community must have their residence inspected by the Community Manager. This inspection is for the exclusive benefit of the management in determining if the home currently meets applicable community standards. It is in no way offered as a warranty or guarantee for the seller or buyer that the home or any part thereof is in good structural or mechanical condition. Should the home fail to meet these requirements, it will be required to move if ownership is later transferred. Management may provide a list of improvements that will allow the home to be brought into an acceptable condition.
C.  INSPECTION FEE: $350.00 This fee will be charged if you sell or otherwise transfer ownership of your home while it is located in the Community. It is to defer the costs associated with re-certifying the condition of the home, replacing residents, approval of new applicants, and to reimburse the Community for damages arising from such transactions. THIS FEE MAY BE INCREASED FROM TIME TO TIME, upon 30 days notice of proposed increase. Notice of increase may be given in compliance with the notice procedures set forth in Section XVII General Agreements of Parties of this Manufactured Home Community Lease. This fee must be paid prior to any transfer of ownership.

4

D. Any person who purchases a home located in the Community must make an application with the Community manager if he wishes to leave the home at its current location. Approval of any application is at the sole discretion of the Community Manager.
E. Any person wishing to transfer ownership of a home located in the Community must have their account in good standing at the time of transfer if the home is to remain at its current location.
F. No home may remain inside the community if ownership is transferred using a Contract for Title. All residents must have a title to the home that they occupy in their name. If a resident wishes to sell his home to another individual and finance the note, he must legally transfer ownership and be listed as the lien holder on the title. He may not keep the title in his name pending pay off of the note if the home is to remain in the community.

## IX. EVENTS OF DEFAULT
Any of the following shall be deemed an Event of Default:
A. The failure to pay any installment of rent when the same becomes due and the failure continues for seven (7) days after receiving written notice of non-payment from the OWNER/MANAGER.
B. RESIDENTS' failure to perform or observe any other covenant, term or condition of this lease or the Rules and Regulations to be performed or observed by RESIDENT. This includes the failure to provide accurate information at the time of application or lease.
C. Abandonment of the Leased Premises.
D. The filing or execution or occurrence of:
   (1) An involuntary petition in bankruptcy against RESIDENT and the failure of RESIDENT, in good faith, to promptly commence and diligently pursue action to dismiss the petition.
   (2) A petition against RESIDENT making a reorganization, arrangement, composition, readjustment, liquidation, dissolution or other relief of the same or different kind under any provision of the Bankruptcy Act, and the failure of RESIDENT in good faith to promptly commence and diligently pursue action to dismiss the petition.
   (3) A general assignment for the benefit of creditors by RESIDENT.

## X. OWNER/MANAGER'S REMEDIES
A. Upon the occurrence of any Event of Default except for failure to pay any installment of rent, OWNER/MANAGER shall serve written notice to the Resident specifying the default, and stating that the rental agreement shall terminate on a date not less than fourteen (14) days after receipt of the notice. If Resident fails to remedy the breach within fifteen (15) days of receipt of the notice or the breach recurs within six (6) months, the lease shall be terminated at the OWNER/MANAGER's option. Upon termination, OWNER/MANAGER may, at its option, in addition to any other remedy or right it has hereunder or by law re-enter the Leased Premises and resume possession by an action in law or equity or by force or otherwise and without being liable in trespass or for any damages. OWNER/MANAGER may remove all persons and property from the Leased Premises and such property may be removed and stored at the cost of the RESIDENT.

B. Upon the occurrence of any failure to pay any installment of rent, OWNER/MANAGER shall serve written notice to the resident notifying him of non-payment, and stating the rental agreement shall terminate on a date not less than seven (7) days after receipt of notice. If the Resident fails to remedy the breach within seven (7) days of receipt of notice the lease shall be terminated at the OWNER/MANAGER's option.

## XI. ATTORNEY'S FEES
In the event that the OWNER/MANAGER should be required to go to court to bring an action for recovery of the premises, recover any delinquent rent or other charges, or to enforce any term of this Agreement or the Rules and Regulations a herein incorporated, OWNER/MANAGER shall be able to recover from RESIDENT damages and attorney's fees in accordance with any applicable law.

## XII. RULES AND REGULATIONS and GUIDELINES
The RESIDENT, his family, guests, agents and the like shall comply with all rules and regulations and guidelines as established by the OWNER/MANAGER, a copy of which is attached hereto as Exhibits "A" and "B", and made a part hereof as set forth herein. Failure to comply with any of the rules and regulations

set forth in Exhibits "A" and "B" shall constitute a breach of this agreement and may result in the termination of this lease.

### XIII. CONSTRUCTION OF TERMS

Words of any gender used in this lease shall be held to include any other gender, and words in the singular shall be held to include the plural when the sense so requires.

### XIV. BINDING OF OTHER PARTIES

This lease shall be binding upon the parties hereto, their heirs, administrators, executors, successors and assigns. This provision, however, shall not be construed to permit the assignment of this Lease except as may be permitted hereby.

### XV. GOVERNING LAW

This agreement shall be construed under and in accordance with the laws of the State of Kentucky.

### XVI. WAIVER

Waiver of one breach of a term, condition or covenant of this Lease Agreement by either party shall be limited to the particular instance and shall not be limited to one particular instance and shall not be deemed to waive past or future breaches of the same or other terms, conditions or covenants.

### XVII. GENERAL AGREEMENT OF THE PARTIES

The RESIDENT is required to abide by all Federal, State, County and local laws and ordinances. All RESIDENTS are further obligated to comply with and abide by the State Board of Health Rules and Regulations.

Notices to be given hereunder shall be deemed sufficiently given when in writing and (a) actually served on the party to be notified or (b) for notice to the OWNER/MANAGER, placed in an envelope and mailed via certified mail to the address listed below; or (c) for notice to the RESIDENT, placed in an envelope and mailed via registered or certified mail to the RESIDENT at the address listed below.

1. If to OWNER/MANAGER at 315 Bunicks Road, Louisville, KY 40219
2. If to RESIDENT at the address set forth above.

Either party by may change such address by written advice as to the new address given as above provided. If there is more than one Resident, their obligation shall be joint and several.

### XVIII. COMMUNITY RESPONSIBILITIES

While the Management and owners of your community will strive to assure the safety of residents and the property, they are not responsible for losses due to fire, theft or accident, or ACTS OF GOD or nature, including storms, tornados, and floods, or any accident or injury, which occurs at any location in the community. **YOU THE RESIDENT ARE HEREBY NOTIFIED THAT YOU ASSUME THE RISK IN SUCH MATTERS.**

For any accident or injury on any home site, or in or on the Lake or Lake area and any other common area, the resident of such home site shall indemnify and hold management harmless of any and all claims by any person.

### XIX. WAIVER AS TO LIABILITY REGARDING USE OF LAKE OR OTHER COMMON AREAS

The Resident, or resident's guest, using any COMMON AREAS hereby acknowledge that South Louis MHP, LLC, does not provide life guards at the LAKE AREA and that management does not supervise the users of any COMMON/LAKE AREAS. The Resident and all members of Resident's household hereby waive ANY AND ALL LIABILITY of South Louis MHP, LLC, its employees, agents or assigns arising from their use of any COMMON/LAKE AREAS. The undersigned hereby agrees to save and hold harmless South Louis MHP, LLC, its employees, agents and assigns from any and all damages that they may suffer while at or on any COMMON/LAKE AREAS premises or in their use of any COMMON/LAKE AREAS. The Resident and all members of Resident's household hereby expressly

6

assume all risks of loss of life, health or property from their activities or use in, on or at any COMMON/LAKE AREAS.

## XX. RULES VIOLATION

Violation of any Community rule or regulation can result in resident eviction. Applicable Kentucky law allows owners of manufactured home communities the right to eject persons for non-payment of charges or fees for accommodations, for violations of any regulation of the State Board relating to manufactured home Communities or for any violation of any rule of the Community that is publicly posted within the Community.

## XXI. ATTORNMENT

Tenant hereby agrees that Tenant will recognize as its landlord under this lease and shall attorn to any person succeeding to the interests of Landlord in respect of the land and the buildings on or in which the demised premises is contained upon any foreclosure of any mortgage or deed of trust upon such land or buildings or upon the execution of any deed in lieu of such foreclosure in respect of such mortgage or deed of trust.

## XXII. AMENDMENTS TO RULES AND REGULATIONS

Community Management reserves the right to alter, add to or amend such rules and regulations from time to time, but such changes shall not take effect until written notice thereof is posted within the manufactured home community, or written notice to this effect is delivered to the RESIDENTS' home, 10 days prior to implementation.

IN WITNESS WHEREOF, the parties hereto have set their hands in duplicate, each of which shall be deemed an original the day and the year first above written.

I hereby acknowledge that I have read, understand, agree to and will comply with all of the rules and regulations of South Louis MHP, LLC as stated herein and in the Rules and Regulations and Community Guidelines of said Community and the Rules and Regulations regarding above set forth Waiver of Liability. Any breach of same by myself or member of my party shall be construed to be a failure to perform express conditions of the terms of my tenancy. The owner or manager may terminate this tenancy for any infraction of said rules by notification in accordance with State law.

IN WITNESS WHEREOF, the parties hereto have executed and received a copy of this Agreement on date first noted above as being the date of lease, or on this date July 20th 2013.

**RESIDENT (S)**            **OWNER/MANAGER**

D.B.                        By: Kristi Fuhrman

                            Title: Community Manager

7

EXHIBIT "A"
TO MANUFACTURED COMMUNITY HOME LEASE

"WHISPERING OAKS POINTE" ARCHITECTURAL GUIDELINES

The following guidelines concern structural modifications and maintenance to your manufactured home and home site. They are to be read in conjunction with and are considered a part of the formal rental agreement of all Residents of the Community.

I. INSTALLATION AND SET UP OF YOUR MANUFACTURED HOME
   A. All homes which are brought to the community must be five (5) years or newer.
   B. All manufactured homes will be skirted with skirting approved by management within twenty (20) days of moving into the community. Samples of acceptable skirting are at the office.
   C. All manufactured homes will be anchored according to state and Federal regulations. Installation of earth anchors and attachment of manufactured homes thereto is the responsibility of the homeowners.
   D. All homes must be installed in accordance with the manufacturer's requirements as well as any state or local codes. Additionally, a certified installer must perform installation.
   E. Tires and axles may be stored underneath each home or in an appropriate storage building. THE HITCH MUST BE REMOVED FROM THE HOME NO LATER THAN 20 DAYS FROM THE TIME THE HOME IS PLACED ON THE HOMESITE.
   F. All homes must be oriented and located on the home site as directed by the community manager.
   G. All homes located in this community must have a street number clearly posted on the outside of the home facing the driveway/street. This requirement is for your safety as well as compliance with Local and State law.

II. UTILITIES
   A. Each resident is responsible for all connections between the home and the termination point of the utilities provided to the home site. In most cases, this termination point is the meter. Further, it is the resident's responsibility to maintain these lines in the future. The community will make no repairs on lines that connect the home to the utilities.
   B. Resident shall make his own applications with all utilities such as gas, electric, telephone, cable, water and sewer. The Community is not responsible for establishing service and/or placing deposits.
   C. All utility connections must be made by a licensed electrician, plumber, etc. The resident may do no work unless he or she is properly licensed to do so.
   D. It is the responsibility of the resident to obtain any necessary permits to connect the utilities.
   E. Each resident is responsible for preventing the freezing of all water lines located above ground level. This includes the section of the water lines that are inside the crock. Residents are strongly encouraged to have appropriate heat tape and insulation.
   F. Each resident is responsible for maintaining flow inside the sewer lines that are located above the ground level. While the community is generally responsible for maintaining the underground lines, residents may be held financially responsible for abuse of the sewer system. Excessive amounts of grease, diapers, feminine hygiene products, and other inappropriate paper products should not be introduced into the sewer lines.
   G. If your water use is sub-metered by the community, resident will be responsible for paying that amount which reflects their individual usage. Tampering with or damaging the water meter system will result in an immediate termination of this agreement. Further, each resident must protect the water meter under his or her home from freezing in cold weather. Failure to do so could result in large repair, replacement and usage charges. Residents are strongly encouraged to have appropriate heat tape and insulation.

8


III. MAINTENANCE AND UPKEEP OF YOUR MANUFACTURED HOME SITE
  A. Any trees or shrubs or any temporary or permanent concrete or masonry work must be approved beforehand, and when approved shall not thereafter be removed from premises.
  B. Each resident is cautioned against driving rods, stakes, pipes, etc. into the ground or against digging in area without first checking with the office. Many types of underground installations might be endangered by indiscriminate action. Any damage of this type will be charged to the resident.
  C. Each Resident is responsible for the maintenance of yards, sidewalks and driveways. All yards, sidewalks and driveways must be safe, neat and attractively maintained at all times including snow removal during the winter months. Management reserves the right to mow yards and impose a charge for mowing against the resident and/or owner to be paid with the next home site rent payment.
  D. Manufactured homes must be maintained in a neat and attractive condition.

IV. PROHIBITED ITEMS
  A. No resident may install a TV antenna, CB antenna, or Ham Radio antenna, satellite dish system or swing set without specific written approval by Community Management. Such installation will be closely supervised so as to avoid interference with other residents or the appearance of the Community. Each resident shall be responsible for all costs associated with installation and removal. The Community may, at the community management's discretion, require a security deposit to assure that funds are available for removal of any system approved. In no instance shall a resident install any item so that is permanently set into the ground.
  B. No resident shall install any type of fence any where on the home site. Fences that were located in the community at the time of our purchase, may not stay and must be removed. However, if the fence falls into disrepair or the home is resold the fence must be removed.
  C. No resident shall install any type of permanent or portable basketball goal anywhere on the home site or common areas of the community.
  D. No resident shall install any type of pool over 7 feet in diameter and/or 2 feet in depth. If pool is to be used, it must be above ground and made with a flexible material. Residents are responsible for monitoring the use of the pool, and it may not be left unattended at any time. Water must be removed and the pool must be placed in proper storage after each use. Residents are also responsible for any damage to the grass that might occur as a result of the location of the pool.
  E. No resident shall install any trampoline anywhere on the home site or common areas of the community.

V. DECKS/PORCHES/ENTRANCES/STEPS/AWNINGS
  A. All awnings, appurtenances, porches, steps, carports and other similar structures must meet all local governmental safety requirements and be approved in writing by the manager prior to installation or may be subject to removal.
  B. ALL HOMES MUST HAVE A MINIMUM SIZED DECK OF 4 FEET BY 4 FEET ON THE PRIMARY ENTRANCE TO THE HOME. All decks must be properly railed and must be properly under skirted with skirting to match the home or wooden lattice.
  C. In addition, ALL STEPS to a manufactured home must have a handrail.
  D. Awnings, appurtenances, porches, steps, carports and other similar structure cannot be constructed or added in such a way as to cause them to be permanently set into the ground.
  E. The placement, maintenance and repair of all steps to the home are the sole responsibility of homeowner.

VI. STORAGE BUILDINGS
  A. In an effort to assure the quality of the community, management has determined that it is in the best interest of all that adequate storage be available for each resident, as a result each resident must have an approved storage building installed on their home site for storage of items customary with the maintenance and servicing of the home and its yard.
  B. Storage Buildings must comply with all local building and safety codes. Construction permits,

      if required, are the sole responsibility of the resident.
- C. PRIOR TO INSTALLATION, the management must approve the location, design and construction materials of the storage building.
- D. No metal sheds may be constructed on any home site.

VII. SUNROOMS, TIPOUTS AND OTHER HOME ADDITIONS
- A. Prior to construction, the management must approve any addition to a manufactured home. It must also be in compliance with all state and local building codes and manufactured home community regulations. The resident is solely responsible for all applicable permits.
- B. All home additions must be professionally installed and compatible with the architecture, color, design and general appearance of the manufactured home. It must be skirted immediately after construction with material identical to the manufactured home's skirting.
- C. All home additions must be mobile or easily disassembled. No addition may be constructed in such a manner as to cause it to be set in the ground or otherwise permanently attached to the home site. No poured concrete footer may by used.
- D. Management reserves the right to require removal of any addition after construction should it be deemed unsightly or not in compliance with any part of these guidelines. This will be determined solely by the community manager.

VIII. SMOKE DETECTOR AND ENTRANCE/EXIT REQUIREMENTS
- A. Ensure that their home has at least one (1) working smoke detector located inside the home near the bedroom area on each floor level; and
- B. Ensure that their home has at least two (2) operable means of exit, if the home was originally equipped with two exits.

I have read, understand and agree to abide by these rules set forth by the Community for the benefit of its residents.

      ~~~~~~~~~   D.B.      ~~~~~~~~~  Date 7|20|13

Lessee _____ Date _____

EXHIBIT "B"
TO MANUFACTURED COMMUNITY HOME LEASE

"WHISPERING OAKS POINTE" COMMUNITY LIVING GUIDELINES

Because South Louis MHP, LLC is dedicated to providing a quality living environment, the following rules and regulations are provided to detail some of the expectations of the management and your fellow residents. Because this list does not include all potential circumstances, residents of the community should use it as a guideline for appropriate behavior. Failure to follow one of these rules or regulations may result in you being asked to leave the community. These Rules and Regulations are to be read in conjunction with and are considered a part of the formal rental agreement of all Residents of the Community.

I. **GENERAL REQUIREMENTS OF BEHAVIOR**
The management Community Management requires that each resident of the community respect their neighbor's right to live in a quiet and well-kept community. In other words, each resident should be a good neighbor. Any behavior that comes into conflict with another resident's ability to enjoy his home is outside the bounds of this guideline.

II. **CONFLICT RESOLUTION**
As in all neighborhoods, conflicts between neighbors will occur from time to time. The management of the community asks that residents work out these minor conflicts without contacting the office. By way of example, if your neighbor is playing his music too loudly, knock on his door and politely ask him to lower the volume. However, if a resident cannot solve his problem with a neighbor or he feels the situation is beyond his control, please call the community manager immediately. DO NOT LET A DISPUTE ESCALATE INTO A SERIOUS SITUATION.

III. **RESPECTFUL BEHAVIOR**
From time to time, it becomes the duty of community personnel to ask residents to correct inappropriate conduct. This is for the benefit of all members of the community and should not be viewed as a personal criticism. Often these incidents can be effectively resolved through complying with the request or calmly explaining any extenuating circumstances. However, no resident shall intimidate, threaten, verbally abuse or treat disrespectfully in any manner the employees of this Community or its contractors. Likewise, no resident shall allow his or her guest or anyone acting on his or her behalf to engage in this type of behavior. Community employees will treat each member of this community with respect, and it is important that they be treated in a like manner. Failure to abide by this section of your lease agreement can result in a termination of this agreement.

IV. **PROHIBITED ACTIVITIES**
For the benefit of the other community residents, the following activities are specifically prohibited in the community.
  A. Loud parties or disturbances are not permitted at any time. In particular, loud noises including radios, TV's, musical instruments and other noise making devices should not be used after 10:00pm in such a manner that allows them to be heard outside of the home.
  B. Air rifles, B-B guns, fireworks, or discharge of firearms of any nature are not permitted
  C. Any and all drinking of alcoholic beverages of any description will be within the confines one's home or patio area. Alcoholic beverages are prohibited in all areas of the community. Drunkenness, intoxication, disorderly conduct and/or immoral conduct, as shall be determined by the community manager in his sole discretion, are prohibited.
  D. Peddling, soliciting, canvassing distributing literature by a religious group or any other form of commercial enterprise without the permission of the Community Management.
  E. Removal of any plants or shrubs from a home site.
  F. No signs, flyers, notices or handbills may be posted anywhere inside the community without specific permission from the Community Management.
  G. Any violation of any Federal, State, County or City Ordinance, or Statute.
  H. Yard Sales, provided, however, that each family may be permitted one yard sale per year at the discretion of the community manager, and even then, the time and date shall be required to be

approved by community manager.
- I. No resident shall permit anyone, other than as disclosed on the application, or Exhibit "C" to the lease, to occupy the home without the prior written consent of community management. This shall include house sitters, undisclosed relatives, friends or others. The Community Management reserves the right to terminate any lease where the individuals occupying the home were not previously disclosed and approved by Community Management.
- J. No resident shall conduct a commercial enterprise or business from their home, this includes in home sales meetings, parties, etc.
- K. No clotheslines are permitted in the Community except the umbrella type.
- L. All residents below the age of eighteen are required to be inside their home or in their yard after 10:00pm. This curfew will be strictly enforced.
- M. All garbage must be placed in proper fly tight, rigid receptacles. Garbage receptacles must be kept in storage buildings or at the rear of each house except on days when garbage is picked up.

V. PETS
- A. A manufactured home community is not the best place to raise a pet. If you wish to have a pet in the community, prior permissions must be obtained from the Management.
- B. No pets shall be permitted to create a nuisance in the community. Pet owners are responsible for cleaning up waste deposits of pets.
- C. At a maximum, two pets shall be permitted per household. Such a pet shall consist of a house cat or a small housedog. The pet must be kept in the manufactured home at all times and allowed out only on a hand held leash with its master or other designated individual. No animal shall weigh more than fifty (50) pounds. Certain breeds of dogs may be excluded at the discretion of the management.
- D. All pets must be disclosed to community management by the resident at time of application or within ten (10) days of obtaining the pet, should the pet be obtained after resident has leased a home site. All pets are subject to the restrictions set forth herein. It is the desire of community management that pets be limited to indoor pets. Outdoor pets shall not be permitted.
- E. Pets shall not be permitted in the community common areas unless maintained on a hand held leash. This shall apply to dogs and cats and any other pet.
- F. NO RESIDENT SHALL CONSTRUCT OR PLACE ANY FENCE OR HOUSING STRUCTURE UPON A HOMESITE FOR PURPOSES OF CONTAINING OR CONTROLLING A PET.
- G. Failure to obtain prior permission shall constitute a breach of the lease and be grounds for immediate eviction proceedings. Any resident constructing such fence or structure or permitting same to be placed upon their home site shall be responsible for all costs associated with causing the removal of same and the repair of the home site to its former condition.
- H. ALL DOGS AND CATS MUST BE ON A LEASH AT ALL TIMES WHEN OUTSIDE THE HOME AND ARE NOT ALLOWED TO RUN IN THE COMMUNITY OR BE CHAINED ON YOUR LOT.

VI. PLAYGROUND, BASKETBALL COURTS AND OTHER RECREATIONAL AREAS
- A. All persons under the age of seven (7) years must be accompanied by an adult while using the playground area or the basketball courts.
- B. No foul language will be tolerated while using these facilities.
- C. No alcoholic beverages will be permitted in this area.
- D. No rough play or fighting will be tolerated.
- E. Playground and basketball courts close at dark.
- F. Playground and basketball courts are for use by the residents and their guests ONLY.
- G. No glass containers are permitted at any recreational area.
- H. All equipment must be shared.
- I. RESIDENTS' USE OF ANY RECREATIONAL FACILITY IS AT THEIR OWN RISK.

VII. **VEHICLES**
   A. Parking regulations issued by the office must be adhered to strictly. Violations of these parking rules will result in your account being charged a Violation of Rules and Regulation Fee and/or the City issuing you a citation. The Community Management reserves the right to tow away any vehicle that violates this section of the lease at the owner's expense.
   B. No truck-tractors, semi trailers, recreational vehicles/motor homes or boats are permitted to be stored on individual home sites, community streets or any common location inside the community, unless South Louis MHP, LLC designates a specific area for this purpose.
   C. No resident shall store or park any automobile anywhere other than the driveway assigned to his respective home site or on the street as permitted.
   D. No Resident shall keep more vehicles in the Community on a permanent basis than will fit in the parking spaces designated for the resident's private use.
   E. No Resident shall park their car on any grass-covered surface or allow any guest to do so.
   F. Vehicles may not be parked in "No Parking" areas as designated by the management, facing the wrong direction on a street, in front of a fire hydrant, on a vacant lot or on the wrong side of the street.
   G. Motor vehicles within the community shall be operated in a safe manner and in no event shall be driven in excess of the posted speed limit.
   H. Major repairs, such as overhauls, changing oil, engine work, transmission, suspension repairs, etc. to vehicles within the park are not permitted. No vehicle may be raised in the air including placement on blocks, jacks or ramps.
   I. No unsightly vehicle shall be parked on any home site or anywhere in the community. This includes vehicles that:
      1. Have been damaged in a traffic accident.
      2. Have one or more deflated tires.
      3. Have been damaged by fire or vandalism.
      4. Are in need of extensive repairs or are missing parts.
   J. All vehicles must be properly muffled with engine and exhaust noise kept to a minimum. Engines shall not be raced, gunned or revved in a manner, which will disturb the peace and quiet of the community.
   K. All traffic control devices must be obeyed by all motorized vehicles.
   L. All vehicles kept in the community must be properly licensed, tagged, and designed to be operated on public streets. This agreement specifically prohibits the use of off-road vehicles, all terrain vehicles (three and four wheelers), unlicensed mopeds, dirt bikes, and similar recreational vehicles any where in the community including the individual home sites.

VIII. **GUESTS**
   Residents shall be responsible and held liable for the conduct of their guests while in the manufactured home community. It is the responsibility of each resident to instruct his or her guests on these guidelines. Any violation by a guest of any resident will be treated the same as if the resident committed the violation.

I have read, understand and agree to abide by these rules set forth by the Community for the benefit of its residents.

D.B.

Lessee _____ Date _____

13

### EXHIBIT "C" TO MANUFACTURED COMMUNITY HOME LEASE

Below is listed the members of the residents household who are authorized to reside at the demised premises. Should other individuals occupy, use or reside at the leased premises on a regular basis, without the express written consent management of the Community, then that shall constitute a violation of the lease.

~~Name~~ D.B. ~~~~ Contact Info.
Home Phone ____

Name ____ D.O.B. ____ SSN ____
Home Phone ____ Mobile# ____

Emergency Contact (name) D.B. ~~~~ Ph: ___-___-302_

Make of Home: Eagle   Year: 1985   Size: 14 x 65
Model: ____   Serial Number: ALEWINS34X8

100 Amp   (200 Amp)   Natural Gas   Propane Gas

Home Financed by: Company ____
Address: ____   Phone: ____

**OTHER OCCUPANTS OF HOME (NOT INCLUDING LESSEE OF THE LEASE)**

| Name | Date of Birth | Relationship to Lessee |
|---|---|---|
| | | |
| | | |
| | | |

~~PETS~~
Description/Breed/Color ____ Size at Maturity ____ lbs
Description/Breed/Color ____ Size at Maturity ____ lbs
Description/Breed/Color ____ Size at Maturity ____ lbs

~~AUTOMOBILES~~
Lic. Plate ____ State ____ Make: Chevie   Model: Avalanch
Lic. Plate ____ State ____ Make ____   Model ____

I hereby certify that this information is true and correct to the best of my knowledge. I hereby authorize South Louis MHP, LLC, dba Whispering Oaks Pointe to make inquiries into my credit history. I, also, certify that I am the owner of the Manufactured Home described above and that I will furnish the office with a copy of the title.

~~Name~~ D.B. ~~~~ Date: 07-20-1_
Lessee ____   Date ____

14