# Transaction Listing

Transactions from 1/31/2015 to 1/10/2016

| | | | | | |
|---|---|---|---|---|---|
| D.B. | 24467 | Whispering Oaks | 0140 | 7/22/2013 | 1/15/2016 |

| Date | Reference # | Description | Comment | Amount | Balance |
|---|---|---|---|---|---|
| | | Previous Balance | | 0.00 | 0.00 |
| 02/01/15 | | Rent Charge | | 320.00 | 320.00 |
| 02/06/15 | | Late Charge | | 50.00 | 370.00 |
| 02/20/15 | | Payment Received - Thank You | 205807xxxx | (370.00) | 0.00 |
| 03/01/15 | | Rent Charge | | 330.00 | 330.00 |
| 03/0?/15 | | Rent Discount | | (10.00) | 320.00 |
| 03/06/15 | | Late Charge | | 50.00 | 370.00 |
| 03/1?/15 | | Late Charge | | 50.00 | 420.00 |
| 04/01/15 | | Rent Charge | | 330.00 | 750.00 |
| 04/0?/15 | | Rent Discount | | (10.00) | 740.00 |
| 04/06/15 | | Late Charge | | 50.00 | 790.00 |
| 04/?/15 | | Payment Received - Thank You | 205807xxxx | (220.00) | 570.00 |
| 04/10/15 | mo | Payment Received - Thank You | 163546643 | (150.00) | 420.00 |
| 04/?/15 | | Late Charge | | | 470.00 |
| 05/01/15 | | Rent Charge | | 330.00 | 800.00 |
| 05/0?/15 | | Rent Discount | | (10.00) | 790.00 |
| 05/06/15 | | Late Charge | | 50.00 | 840.00 |
| 05/0?/15 | | Payment Received - Thank You | 205807xxxx | (250.00) | 590.00 |
| 05/08/15 | mo | Payment Received - Thank You | 206033629?2 | (220.00) | 370.00 |
| 05/?/15 | | Payment Received - Thank You | | (40.00) | ??.00 |
| 06/01/15 | | Rent Charge | | 330.00 | 330.00 |
| 06/0?/15 | | Rent Discount | | (10.00) | 320.00 |
| 06/06/15 | | Late Charge | | 50.00 | 370.00 |
| 06/?/15 | | Payment Received - Thank You | | (370.00) | 0.00 |
| 07/01/15 | | Rent Charge | | 330.00 | 330.00 |
| 07/?/15 | | Payment Received - Thank You | | (330.00) | 0.00 |
| 08/01/15 | | Rent Charge | | 330.00 | 330.00 |
| 08/0?/15 | | Late Charge | | 50.00 | 380.00 |
| 08/17/15 | mo | Payment Received - Thank You | 206354935?8 | (380.00) | 0.00 |
| 09/01/15 | | Rent Charge | | 330.00 | 330.00 |
| 09/08/15 | | Late Charge | | 50.00 | 380.00 |
| 09/17/15 | | Late Charge | | 50.00 | 430.00 |
| 10/01/15 | | Rent Charge | | 330.00 | 760.00 |
| 10/06/15 | | Late Charge | | 50.00 | 810.00 |
| 10/16/15 | | Late Charge | | 50.00 | 860.00 |
| 11/01/15 | | Rent Charge | | 330.00 | 1,190.00 |
| 11/06/15 | | Late Charge | | 50.00 | 1,240.00 |
| 11/?/15 | | Late Charge | | 50.00 | 1,290.00 |
| 12/01/15 | | Rent Charge | | 330.00 | 1,620.00 |
| 12/0?/15 | | Late Charge | | 50.00 | 1,670.00 |
| 12/16/15 | | Late Charge | | 50.00 | 1,720.00 |
| 01/01/16 | | Rent Charge | | 330.00 | 2,050.00 |
| 01/06/16 | | Late Charge | | 50.00 | 2,100.00 |