

AOC-015-62-92

## JUDGMENT IN FAVOR OF PLAINTIFF
## IN FORCIBLE DETAINER

Case No. 15-C-    Case No.                                    BULLITT DISTRICT COURT

SOUTH LOUIS MHP, LLC                                          PLAINTIFF

VS.

D.B.
OR ANY OTHER OCCUPANTS                                        DEFENDANTS

*************

This cause coming on to be heard, and the Court being sufficiently advised, it is hereby ordered and adjudged that the Defendant is guilty of forcible detainer as charged and that Plaintiff shall have restitution of the premises;     Address         , Louisville, KY 40229 and recover of the Defendant(s) the costs expended herein.

_____
Judge

Date: 10/16/15

DISTRIBUTION:  ☑ BUCKMAN & FARRIS
               ☑ DEFENDANT(S)

S:\CIVIL\WHISPERING OAKS\judgment.forcible.detainer.wpd