UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
(Filed Electronically)

CRIMINAL ACTION NO. 3:15-CR-141-DJH
UNITED STATES OF AMERICA,                                                    PLAINTIFF,

vs.

MATTHEW B. CORDER,                                                           DEFENDANT.

### DEFENSE OBJECTION TO PROPOSED RESTITUTION ORDER AND REQUEST FOR HEARING

Comes the defendant, by counsel, and hereby objects to the amount of restitution ($8,242.53) requested by the government in this case. Since Mr. Corder is appealing his conviction, he objects to the imposition of any restitution, as he still contends he is not guilty of the charges in the above styled case. However, in recognition of the jury verdict, the defense has the following objections to the proposed restitution order:

The defense does not object to the cash loss of $46.43 or the loss of wages in the amount of $1,669.10.

The defense believes that the loss of the mobile home is not a result of the the offense conduct in this case. Additionally, even it were, it is not clear that the loss in question amounts to $6,500.

D.B.'s employment with G & C Communications ended in May, 2015. At that time, as he testified at trial, he voluntarily quit this job. He temporarily lost this particular job from

Office of the
Federal
Defender
200 Theatre
Building 2629 Fourth
Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808

1

his arrest in this case until March 13, 2015, when he was reinstated. See DN 87-3, *Government's Motion for Proposed Restitution Order, Appendix 3*. At the time of his voluntary resignation from employment at G & C, he did not owe any money to the Whispering Oaks Point mobile home community. DN 87-8, *Government's Motion for Proposed Restitution Order, Appendix 8*. It was only after that time that D.B. fell behind on his rental payments for the lot, and ended up falling $2,100 behind on January 6, 2016. *Id, at Appendix 8*. This arrearage is not the result of Mr. Corder's actions in October of 2014 in this case. Rather, it appears to be the result of D.B.'s voluntary resignation from his job and unwillingness, or inability, to obtain different employment.

Hypothetically, even if this loss was deemed a result of this case, it is not clear that the loss amounts to $6,500. It is not clear from the documents tendered in support of the restitution that D.B. lost the entire value of the trailer. His arrearage was only $2,100, which would seem to indicated that he would have received some money back if his trailer was sold for anywhere near the alleged value of $6,500. It should be noted that from June 2015 until January 2016, D.B. received the benefit of leasing the space at the trailer park while making only one payment. It appears that the monthly payment was $330. *Id, at Appendix 8*. Thus, even if he did lose the entire value of the trailer to compensate the mobile home park for a $2,100 debt, he did receive the benefit of rental space for the entire time period. At a minimum, that amount should be subtracted from any restitution that is ordered.

**WHEREFORE**, the defense respectfully requests that the restitution order not include the amount allegedly lost by D.B. ($6,500) when his trailer was repossessed.

Office of the
Federal
Defender
200 Theatre
Building 2629 Fourth
Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808

2

**IN THE ALTERNATIVE**, the defense requests a hearing to determine the appropriate amount of loss to D.B., as it relates to the repossessed trailer home.

s/ Donald J. Meier
Assistant Federal Defender
200 Theatre Building
629 S. Fourth Avenue
Louisville, Kentucky 40202
(502) 584-0525

Counsel for Defendant.

### CERTIFICATE

I certify that a copy of the foregoing motion was served by electronically filing same to Hon Amanda Gregory, Hon. Corinne Keel, Assistant United States Attorneys, and Hon. Christopher Perras, Trial Attorney, Civil Right Division.

s/ Donald J. Meier

Office of the Federal Defender
200 Theatre Building
2629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808

3