UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
(Filed Electronically)

CRIMINAL ACTION NO.  3:15-CR-141-DJH
UNITED STATES OF AMERICA,                                                                    PLAINTIFF,

vs.

MATTHEW B. CORDER,                                                                                  DEFENDANT.

**ORDER**

Defendant Matthew Corder having moved the Court for a hearing, in the alternative, on the issue of restitution, and the Court being otherwise sufficiently advised,

**IT IS ORDERED AND ADJUDGED** that said motion be, and the same hereby is, set for a restitution hearing on _____ at the hour of _____.

Office of the
Federal Defender
200 Theatre
Building 2629 Fourth
Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808

4