UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE

**AFFIDAVIT OF SPECIAL AGENT PAUL SPARKE**

1. I am a special agent of the Federal Bureau of Investigation (FBI) assigned to the Louisville, Kentucky office. During the course of my employment at the FBI, I was the lead agent in an investigation of the Defendant, Matthew Corder.

2. In the course of discussions regarding restitution, defense counsel asked counsel for the United States whether D.B. had received any money from Whispering Oaks Mobile Home Park after Whispering Oaks seized D.B.'s mobile home, as the value of the mobile home exceeded the amount D.B. owed in arrears.

3. D.B. had previously indicated that he lost all money he had invested in the mobile home when Whispering Oaks seized the mobile home. On January 24, 2017, I spoke with Glen Algie, an attorney for Whispering Oaks. He confirmed that Whispering Oaks had not made any payments or refunds to D.B. after seizing the mobile home.

_____
Paul Sparke
Special Agent, Federal Bureau of Investigation

Jan 24, 2017
Date