UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
(Filed Electronically)

CRIMINAL ACTION NO. 3:15-CR-141-DJH
UNITED STATES OF AMERICA, PLAINTIFF,

vs.

MATTHEW B. CORDER, DEFENDANT.

### ORDER

Motion having been made, and the Court being sufficiently advised:

**IT IS ORDERED AND ADJUDGED** that the Order of Restitution (DN 91) entered on February 15, 2017 is stayed, and the defendant, Matthew B. Corder, is not obligated to make payment until the appeal in the above styled case is final.

Office of the
Federal Defender
200 Theatre
Building 2629 Fourth
Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808

3