UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
(Filed Electronically)

CRIMINAL ACTION NO. 3:15-CR-141-DJH
UNITED STATES OF AMERICA, PLAINTIFF,

vs.

MATTHEW B. CORDER, DEFENDANT.

## AMENDED MOTION FOR STAY OF RESTITUTION ORDER

Comes the defendant, Matthew B. Corder, by counsel, and pursuant to Federal Rule of Criminal Procedure 38(e)(1), moves this Court for an order staying the order of restitution entered on February 15, 2017 (DN 91, PageID #1486-1490) until the appeal of the above styled case is final.

Counsel has been advised that the representation made in the previous motion for a stay of the restitution order (DN 92), concerning funds being forfeited to the government from Mr. Corder's account, is not correct. To this point, there have been no funds taken from Mr. Corder in order to satisfy the restitution amount ordered in this case. However, Mr. Corder is of the belief, based on conversations with his counselor, and other officials at the prison where he is housed, that such deductions will occur in the near future. Mr. Corder has appealed the underlying judgment of conviction in this case, and it is currently pending in the Sixth Circuit (Case No. 16-6592).

Wherefore, the defense respectfully requests that the order of restitution (DN 91) be

Office of the
Federal Defender
200 Theatre
Building 2629 Fourth
Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808

stayed until such time as the appeal is final.

s/ Donald J. Meier
Assistant Federal Defender
200 Theatre Building
629 S. Fourth Avenue
Louisville, Kentucky 40202
(502) 584-0525

Counsel for Defendant.

## CERTIFICATE

I certify that a copy of the foregoing motion was served by electronically filing same to Hon Amanda Gregory and Hon. Christopher Perras, Assistant United States Attorneys.

s/ Donald J. Meier

Office of the Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808

2