# United States Department of Justice
## Consolidated Debt Collection System (CDCS)
## Combined Payment Summary Report



**CDCS Nbr/Seq:** 2016A80890/001  **Sort by:** Received Date  **Report Date:** 08/03/2017

### Payments Receipted and Posted

| Case Debtor | DJ # | CMN # | Case Name | Today's Balance | Tech |
|---|---|---|---|---|---|
| Corder, Matthew B. | | | US VS CORDER, MATTHEW B. | $1,940.53 | KAB |

| Debtor Name | Received Date | Check Nbr | Deposit Ticket # | Receipted Date | Receipted Amount | Posted Date | Amount | Payment Allocation (Alphabetical Order) |
|---|---|---|---|---|---|---|---|---|
| Corder, Matthew B. | 01/23/2017 | redacted | | | | 05/24/2017 | $25.00 | Non-Federal Rest |
| | | | | | | | $125.00 | Special Assessment |
| | | | | | Total Payment: | | $150.00 | |
| | | | | Total Payments for Debtor: | | | $150.00 | |
| | | | | Total Payments for Debt: | | | $150.00 | |

Note: Civil Payments Disbursed section will only contain information for Civil Debtors

### Civil Payments Disbursed

| Check Number | Disbursed Date | Disbursed Amount | Status | Payee Name |
|---|---|---|---|---|
| | Total Disbursed: | | | |

### Next Payment Due

| Debtor Name | Due Date | Amount Due | Liability Balance |
|---|---|---|---|

EXHIBIT A