UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

**UNITED STATES OF AMERICA**                                                              **PLAINTIFF**

v.                                                        **CRIMINAL ACTION NO. 3:15-CR-141-DJH**
*(Filed Electronically)*

**MATTHEW B. CORDER**                                                                    **DEFENDANT**

## ORDER

Upon motion of the Defendant and the Court being sufficiently advised:

It is hereby **ORDERED** and that the Defendant's Amended Motion for Stay of Restitution Order [DN 93] is **DENIED**.

Tendered By:

Corinne E. Keel
Assistant U.S. Attorney
717 W. Broadway
Louisville, Kentucky   40202
Phone: (502) 625-7041
Fax: (502) 625-7110