UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

18 FEB 27 PM 2:12

COURT NO. 3:15-CR-141-1-DJH         **ELECTRONICALLY FILED**

UNITED STATES OF AMERICA                                PLAINTIFF

vs.

MATTHEW B. CORDER                                       DEFENDANT

and

PNC BANK NA
and its successors and assigns                          GARNISHEE

### ANSWER OF GARNISHEE, PNC BANK NA

___REBECCA DIEHL_____, BEING DULY SWORN AND STATES UNDER
Affiant's Printed Name

OATH:

That he/she is the ___PROCESSOR_____
                                    Title

of Garnishee, PNC Bank NA.

Garnishee was served with the Writ of Continuing Garnishment on
___02/22/18_____.
Month / Date / Year

The garnishee has custody, control or possession of monies or property in which the debtor maintains an interest, as described below:

| Description of Property and Debtor's Interest In Property (Including Account Numbers) | Approximate Value As of Date of Service |
|---|---|
| CHECKING ▮▮▮ XXX1271 | $ 122.40 |
| CHECKING XX1072 | $ 770.00 |

Check the applicable line below if you deny you hold property subject to this Writ of Continuing Garnishment:

_____ The garnishee makes the following claim of exemption on behalf of the defendant: _____

_____ The garnishee has the following objections, defenses, or set-offs to plaintiff's claim: _____

_____ As of the date of this Writ the garnishee was not indebted or under liability to the defendant, and the garnishee did not have in his/her possession or control any property belonging to the defendant, or in which the garnishee has an interest; and is in no manner liable as garnishee in this action.

The garnishee certifies that the original answer was mailed to United States District Court, Gene Snyder Courthouse, 601 W. Broadway, 1st Floor, Louisville, KY 40202 and copies were sent to the defendant's last known address and to the United States Attorney's Office, Attn: Financial Litigation Unit, 717 West Broadway, Louisville, KY 40202.

_Rebecca Diehl_  
Garnishee

2.22.18  
Date

B. Diehl  
PNC Bank  
Garnishment Processing

FEB 22 2018

Garnishee's direct phone number: 888-849-2096 OPT 2

Garnishee's fax number: 855-442-8715

1-888-849-2096  
Option 2

Garnishee's email address: N/A

Subscribed and sworn to before me this 22nd day of February, 20 18.

_Kimberly A. Saylor_  
Notary Public (Seal)

Commission Expires:

KIMBERLY A. SAYLOR, NOTARY PUBLIC  
COMM. EXP. MARCH 3, 2019  
STATE OF OHIO