## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: March 07, 2018

Ms. Vanessa L. Armstrong
Western District of Kentucky at Louisville
601 W. Broadway
Suite 106 Gene Snyder U.S. Courthouse
Louisville, KY 40202-2249

       Re: Case No. 16-6592, *USA v. Matthew Corder*
           Originating Case No. : 3:15-cr-00141-1

Dear Clerk,

  Enclosed is a copy of the mandate filed in this case.

                              Sincerely yours,

                              s/Cheryl Borkowski
                              Case Manager
                              Direct Dial No. 513-564-7035

cc: Ms. Tovah R. Calderon
     Ms. Amanda E. Gregory
     Mr. Frank W. Heft Jr.
     Mr. Donald Jay Meier
     Mr. Vikram Swaruup

Enclosure

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

_____

No: 16-6592
_____

Filed: March 07, 2018

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

MATTHEW B. CORDER

      Defendant - Appellant

## MANDATE

  Pursuant to the court's disposition that was filed 02/12/2018 the mandate for this case hereby issues today.

COSTS: None