# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

April 25, 2018

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Sixth Circuit
524 Potter Stewart Courthouse
100 East Fifth Street
Cincinnati, OH  45202

**FILED**
Apr 27, 2018
DEBORAH S. HUNT, Clerk

Re:  Matthew B. Corder
     v. United States
     No. 17-8603
     (Your No. 16-6592)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on April 19, 2018 and placed on the docket April 25, 2018 as No. 17-8603.

Sincerely,

**Scott S. Harris**, Clerk

by

Melissa Blalock
Case Analyst